**LEMON LAW GROUP PARTNERS, PLC**
Jay W. Chamberlin, Esq. (317191)
*jchamberlin@lemonlawgrouppartners.com*
3323 NE 163rd Street, Suite 301
North Miami Beach, FL 33160
Phone: (888) 415-0610
Fax:    (305) 786-5842
*Attorneys for Plaintiffs*
*Erianna D. Lott-Beckles and*
*Allah Jamal Beckles*

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ERIANNA D. LOTT-BECKLES *and*** <br> **ALLAH JAMAL BECKLES** <br><br> Plaintiffs, <br><br> v. <br><br> **BOULEVARD AUTOGROUP, LLC** <br> ***d/b/a* BARBERA'S AUTOLAND *and*** <br> **FCA US LLC,** <br><br> Defendants. | **No.** <br><br><br> **COMPLAINT** |

Plaintiffs Erianna D. Lott-Beckles and Allah Jamal Beckles for their Complaint at Law and in Equity allege the following:

## PRELIMINARY STATEMENT

1.      Plaintiffs purchased a used 2022 Jeep Grand Wagoneer ("Subject Vehicle") from Boulevard Autogroup, LLC d/b/a Barbera's Autoland ("Barbera's Autoland" or "Dealership"), which was manufactured by Defendant FCA US LLC ("FCA" or "Manufacturer").  After they purchased the Subject Vehicle, Plaintiffs discovered defects that substantially impair its value and safety.  Plaintiffs bring this action to invoke the remedies available to them under

Pennsylvania law to address Defendants' failure to repair the Subject Vehicle, replace it with a conforming car, or repurchase it.

## NATURE OF THE CASE

2.      In the 21st century, American car consumers expect that a car will perform as advertised.  They have this expectation because car manufacturers provide written warranties with their vehicles that guarantee that the vehicle will be of a certain quality or it will be repaired.  These expectations are bolstered by federal and state laws that grant consumers rights of action if the manufacturer fails to live up to its advertisements or its warranties.

3.      This case arises from Defendants' failure to live up to their advertisements or their warranties.  Because Defendants have not honored their words or their guarantees, in this action, Plaintiffs bring claims for breach of express warranty, breach of implied warranty, violations of the Magnuson-Moss Warranty Act ("MMWA"), 15 U.S.C. § 2301, *et seq*., revocation of acceptance, and violations of the Pennsylvania Unfair Trade Practices and Consumer Protection Law ("UTPCPL").

4.      For these breaches and violations, Plaintiffs ask the Court to declare the Subject Vehicle to be defective and substantially impaired by those defects, order Defendants to repurchase the Subject Vehicle, grant the Plaintiffs their incidental and consequential damages, and impose statutory damages on the Defendants.  In addition, because Defendants did not comply with federal and Pennsylvania law, Plaintiffs ask this Court to order Defendants to pay the costs of this suit, including their attorneys' fees.

## JURISDICTION AND VENUE

5.     This Court has jurisdiction pursuant to 28 U.S.C. § 1332 because this is an action for monetary damages that exceed $146,889.88, exclusive of interest, costs, and attorneys' fees.

6.     This Court has jurisdiction pursuant to 28 U.S.C § 1331 because this is an action for monetary damages that exceed $146,889.88, exclusive of interest, costs, and attorneys' fees that arises from violations of 15 U.S.C. § 2301, *et seq*. and authorized by 15 U.S.C. § 2310(d).

7.     This Court has jurisdiction pursuant to 18 U.S.C. § 1367 because Ms. Beckles's and Mr. Beckles's claims under state law arise from the same actions, transactions, or events described herein.

8.     The United States District Court for the Eastern District of Pennsylvania has personal jurisdiction over the Defendant FCA because, while its principal place of business is in Michigan, it has had sufficient minimum contacts with Pennsylvania, is registered to do business in Pennsylvania, conducts substantial business in Pennsylvania, has had systematic and continuous contacts within Pennsylvania, and has agents and representatives that can be found in Pennsylvania.

9.     The United States District Court for the Eastern District of Pennsylvania has personal jurisdiction over the Defendant Barbera's Autoland because its principal place of business in in Philadelphia County, Pennsylvania, has sufficient minimum contacts with Pennsylvania, is registered to do business in Pennsylvania, conducts substantial business in Pennsylvania, has systematic and continuous contacts within Pennsylvania, and has agents and representatives that can be found in Pennsylvania.

10.     Pursuant to 28 U.S.C. § 1391, venue is proper in the United States District Court for the Eastern District of Pennsylvania because the actions, transactions, and events that form

the basis for this action occurred in Philadelphia County, Pennsylvania and the harm to Ms.

Beckles and Mr. Beckles was felt in Philadelphia County, Pennsylvania.

## THE PARTIES

11.     Plaintiffs Erianna D. Lott-Beckles and Allah Jamal Beckles are residents of

Pennsylvania, domiciled in Philadelphia County.  They are the owners of the Subject Vehicle,

with the VIN 1C4SJVGJ2MS110576, which they purchased from Defendant Barbera's

Autoland, an authorized FCA dealership in Philadelphia, Pennsylvania.

12.     Defendant FCA US LLC ("FCA" or "Manufacturer") is a foreign limited liability

company organized under the laws of the State of Delaware and registered to do business in the

State of Pennsylvania.  FCA's principal place of business is in Michigan.  Its registered agent for

service of process CT Corporation System, 600 North 2nd Street, Suite 401, Harrisburg, PA

17101.

13.     Defendant Boulevard Autogroup, LLC d/b/a Barbera's Autoland ("Barbera's

Autoland" or "Dealership"), is a domestic limited liability company organized under the laws of

the State of Pennsylvania and registered to do business in the State of Pennsylvania.  Barbera's

Autoland's principal place of business is in Pennsylvania.  Its registered office for service of

process is located at 7810 Roosevelt Blvd., Philadelphia, Pennsylvania 19152.

## FACTUAL BACKGROUND

### *The Purchase*

14.     On or about April 15, 2022, Plaintiffs purchased the Subject Vehicle, bearing the

VIN 1C4SJVGJ2MS110576.  Attached to this Complaint as Exhibit "A" is a copy of the

Purchase Agreement.  Plaintiffs incorporate Exhibit A into this Complaint by reference.  The

total price of the vehicle was approximately $146,889.88.

15. Plaintiffs purchased the Subject Vehicle for their own private, personal use.

16. At the time of purchase, the Subject Vehicle was accompanied by the remaining balance of a written warranty which provided bumper-to-bumper coverage for a period of three (3) years or 36,000 miles and powertrain coverage for five (5) years or 60,000 miles. This warranty extends to any repair or replacement needed during these periods or due to defects in materials or workmanship. Attached to this Complaint as Exhibit "B" is a copy of a relevant portion of the warranty. Plaintiffs incorporate Exhibit B into this Complaint by reference.

### *Defects in the Subject Vehicle Go Unrepaired*

17. Shortly after purchase, Plaintiffs began to have problems with the Subject Vehicle's performance. For these problems, they returned the Subject Vehicle to authorized FCA dealerships for repairs on or about nine (9) occasions, which kept the Subject Vehicle out of service for approximately forty-seven (47) days. Attached to this Complaint as Exhibit "C" are copies of repair orders relating to these attempts to repair the Subject Vehicle. Plaintiffs incorporate by reference the contents of these repair orders as if set forth completely herein.

18. As described in the repair orders contained in Exhibit C, Plaintiffs repeatedly presented the Subject Vehicle to authorized dealerships for repairs expressly related to defects present in the vehicle. Plaintiffs incorporate Exhibit C, by reference, into this Complaint. Among other issues, the Subject Vehicle has defects including, but not limited to: vehicle stalled while driving, vehicle will not shut off after restarting, battery defects necessitating replacement, back passenger tire leaking air, mileage blinking, driver side seat cooling inoperable, all three front screens glitch, center console damaged, bin cover defects necessitating replacement, no sound comes out of speakers, cruise control does not stay on, Disconnect Phone Due To Surge Detected message illuminating, air does not blow out of front vents, blower motor internally

shorted necessitating replacement, Check Engine light illuminating, smoke blowing out of vents causing condensation on windshield, heater core leaking coolant onto front carpets necessitating replacement of heater core and carpets, driver heated seat inoperable, radio glitch when heated seat turned on, failure in radio necessitating replacement, air conditioning not blowing cold enough, air conditioning actuator defects necessitating replacement, air pump defects necessitating replacement, vehicle accelerates on its own, Power Liftgate Temporarily Unavailable Close Manually to Operate message illuminating, Surround Sound Not Available in All Modes message illuminating, Uconnect Box Requires Service message illuminating repeatedly, and Service Transmission Continue in D Do Not Shift or Turn Engine Off message illuminating.  Despite attempts to remedy, these defects in the vehicle persist.

19.    These repair attempts occurred between October 23, 2023 and June 25, 2025.  At the time of the October 23, 2023 repair attempt the mileage on the Subject Vehicle was 21,004 miles.  At the time of the June 25, 2025 repair attempt the mileage on the Subject Vehicle was 46,773 miles.

20.    Despite these repair attempts by FCA's agents, FCA was unable to conform the Subject Vehicle to its warranties or its representations.  Indeed, the defects persist.  Due to the Subject Vehicle's defects and FCA's attempts to repair them, the safety, use, and value of the Subject Vehicle were substantially impaired.

21.    Because FCA was unable to conform the Subject Vehicle to its warranties or representations, on April 8, 2025, Plaintiffs wrote to FCA to inform it that the Subject Vehicle was defective and present it with one final opportunity to repair it.  In addition, Plaintiffs revoked their acceptance of the Subject Vehicle and requested that the Defendant repurchase it.  Attached to this Complaint as Exhibit "D" is a copy of Plaintiffs' April 8, 2025 letter directed to

Defendant FCA.  Plaintiffs incorporate it into this Complaint by reference.

22.    To date, Defendant FCA has refused to repurchase the Subject Vehicle.

## COUNT I
## BREACH OF EXPRESS WARRANTY

23.    Plaintiffs incorporate by reference the averments contained in the preceding and following paragraphs as if fully set forth herein.

24.    As described herein, as part of the consideration for the contract price of the Subject Vehicle, Defendants provided with it an express warranty.

25.    In its warranty, Defendants promise bumper-to-bumper coverage for the remaining balance of a period of three (3) years or 36,000 miles and powertrain coverage for the remaining balance of a period of five (5) years or 60,000 miles.

26.    In addition to these terms, under Pennsylvania law, implied in every contract is a general duty of good faith and fair dealing in its performance.  This duty requires all parties to the contract to perform their obligations in good faith.

27.    As described in greater detail herein, Plaintiffs repeatedly presented the Subject Vehicle to authorized FCA dealerships for repairs.  Even though the dealers attempted repairs, for forty-seven (47) days, the defects persisted.  To the extent the dealers were able to complete repairs, they took an unreasonable amount of time.

28.    Beyond presenting the Subject vehicle to authorized dealerships for repair, Plaintiffs wrote to Defendants and notified them, under Pennsylvania law, that they believed the Subject Vehicle was a lemon.  *See* Exhibit D.  By this notification, Plaintiffs gave Defendants the opportunity to repair or repurchase the Subject Vehicle.

29.    Despite nine (9) or more opportunities to fix the Subject Vehicle or replace it with a conforming vehicle, Defendants failed to do so.  As such Defendants breached the terms of the

express warranty and the implied covenant of good faith and fair dealing.

30.   Further, because repairs took an unreasonable amount of time and were not

successful, Defendants' warranty failed of its essential purpose.  Therefore, any limitations of

remedies in the warranty are void.

31.   As a result of Defendants' breaches, Plaintiffs have suffered incidental and

consequential damages.

WHEREFORE, Plaintiffs respectfully seek the relief set forth below.

### COUNT II
### <u>BREACH OF IMPLIED WARRANTY</u>

32.   Plaintiffs incorporate by reference the averments contained in the preceding and

following paragraphs as if fully set forth herein.

33.   Every vehicle sold or leased in the State of Pennsylvania is subject to the implied

warranties of merchantability found at 13 Pa. C.S.A. § 2314.  These warranties include:

a.   that the Subject Vehicle was fit for the ordinary purpose of safe, reliable

transportation;

b.   that the Subject Vehicle was of good, sound, and merchantable quality;

c.   that the Subject Vehicle was free from defective parts and workmanship;

and

d.   that any defects or non-conformities in the Subject Vehicle would be cured

within a reasonable time.

34.   As described herein, the Subject Vehicle does not conform to these warranties

because it continues to suffer from the defects described herein.

35.   Plaintiffs provided Defendants with at least nine (9) opportunities to repair the

Subject Vehicle, which kept it out of service for approximately forty-seven (47) days.  As such,

FCA has had more than a reasonable opportunity to repair or replace the Subject Vehicle.

36.    As a direct and consequential result of Defendants' breach of these implied warranties, Plaintiffs have suffered and will continue to suffer damages in an amount to be proved at trial.

WHEREFORE, Plaintiffs respectfully seek the relief set forth below.

## COUNT III
## VIOLATIONS OF THE MAGNUSON-MOSS WARRANTY ACT

37.    Plaintiffs incorporate by reference the averments contained in the preceding and following paragraphs as if fully set forth herein.

38.    The Magnuson-Moss Warranty Act ("MMWA"), 15 U.S.C. § 2301, *et seq.* empowers consumers to seek judicial enforcement of warranties against Defendants like FCA and Barbera's Autoland.  Pursuant to section 2310(d) of the MMWA, consumers may seek judicial enforcement of warranties and damages, including attorneys' fees and costs, flowing from breaches of warranties by suppliers and warrantors.

39.    Plaintiffs are consumers within the ambit of the MMWA because they purchased the Subject Vehicle, a "consumer product" within the meaning of § 2301(1), with a written warranty, within the meaning of § 2301(6), and implied warranties, within the meaning of § 2301(7), and are entitled to enforce these warranties against the "warrantor", within the meaning of § 2301(5).

40.    Defendants are "supplier"s, within the meaning of § 2301(4), and a "warrantor", within the meaning of § 2301(5), because Defendants are in the business of manufacturing motor vehicles, "consumer product[s]" within the meaning of § 2301(1), and offering them to "consumer[s]", within the meaning of § 2301(3), with "written warrant[ies]", within the meaning of §2301(6), and "implied warrant[ies]", within the meaning of § 2301(7).

41.     The Subject Vehicle is a "consumer product", within the meaning of § 2301(1), because the Subject Vehicle is tangible property marketed and sold, in and amongst the several states, for personal, family or household purposes.

42.     Pursuant to section 2304(d), Defendants were required to remedy any defects, malfunction, or non-conformance of the subject vehicle within a reasonable time and without charge to Plaintiffs.

43.     As described in greater detail herein, by failing to repair or replace the Subject Vehicle, Defendants defaulted on their obligations under their written warranty and the warranties imputed to them by Pennsylvania law.  By breaching their express and implied warranties they violated the MMWA.

44.     Plaintiffs have repeatedly requested that Defendants repair or replace the Subject Vehicle.  Plaintiffs have complied with every condition of Defendants' warranties imposed upon them.  Nevertheless, Defendants have refused to honor their obligations, repair the defects present in the Subject Vehicle, or replace the Subject Vehicle with a conforming vehicle.

45.     As a result of Defendants' breaches, Plaintiffs have suffered and will continue to suffer damages resulting from the loss of use of the Subject Vehicle and the diminution of the Subject Vehicle's value.

46.     As described herein, Defendants have had at least nine (9) reasonable opportunities to cure these defects but have failed to do so.  Accordingly, the provisions of the MMWA entitle Plaintiffs to return the Subject Vehicle, without penalty, and a refund of their payment.

47.     Pursuant to section 2310(d)(2) of the MMWA, Plaintiffs are entitled to recover the costs of this lawsuit, including attorneys' fees.

WHEREFORE, Plaintiffs respectfully seek the relief set forth below.

## COUNT IV
## <u>REVOCATION OF ACCEPTANCE</u>

48.    Plaintiffs incorporate by reference the averments contained in the preceding and following paragraphs as if fully set forth herein.

49.    Every buyer or lessee in the State of Pennsylvania may revoke his or her acceptance of a good when its non-conformity substantially impairs its value, as allowed by 13 Pa. C.S.A. § 2608.

50.    As described in greater detail herein, the Subject Vehicle is defective.

51.    Plaintiffs accepted the Subject Vehicle on the basis that if it did not conform to Defendants' warranties, Defendants would seasonably repair or replace the vehicle.

52.    Due to the difficulty in discovering the defects present in the Subject Vehicle, Plaintiffs were unable to detect them prior to acceptance.  Plaintiffs relied on Defendants' assurances that if the Subject Vehicle did not conform to their warranties, they would repair or replace the vehicle.

53.    As a result of the Subject Vehicle's lengthy repair history and continuing defects, Plaintiffs sought to revoke their acceptance of the Subject Vehicle through their April 8, 2025 letter.  *See* Exhibit D.

54.    Plaintiffs' revocation of acceptance occurred within a reasonable time after they discovered that the defects could not be cured.  Indeed, Plaintiffs revoked acceptance prior to completion of the most recent repair attempt.  *See* Exhibit C.

55.    Plaintiffs now believe that said defects and non-conformities cannot be reasonably, or ever, cured, resulting in a loss of confidence that the Subject Vehicle can be operated safely or that it will ever reflect the value Defendants promised.

56.     Defendants have refused to comply with Plaintiffs' revocation of acceptance and have refused to refund Plaintiffs' payment.

57.     As a result, Plaintiffs are entitled to revoke acceptance and receive a full refund of their payment, together with incidental and consequential expenses including repair costs, insurance and other expenses, interest, and reasonable attorneys' fees, together with interest according to law.

WHEREFORE, Plaintiffs respectfully seek the relief set forth below.

**COUNT V**
**VIOLATIONS OF THE PENNSYLVANIA**
**UNFAIR TRADE PRACTICES AND CONSUMER PROTECTION LAW**

58.     Plaintiffs incorporate by reference the averments contained in the preceding and following paragraphs as if fully set forth herein.

59.     Defendants have violated Pennsylvania's Unfair Trade Practices and Consumer Protection Law ("UTPCPL") 73 P.S. § 201-1 *et seq.,* by their actions as more fully described herein.

60.     Under the UTPCPL, "Persons" include, but are not limited to, natural persons, corporations, trusts, partnerships, incorporated or unincorporated associations, and any other legal entities within the meaning of 73 P.S. § 201-2(2).  Plaintiffs are natural persons, and therefore, persons within the meaning of the UTPCPL.

61.     In distributing, pricing, marketing, selling, warranting, and repairing vehicles in the Commonwealth, the Defendants are engaging in trade or commerce that directly or indirectly harmed consumers in Pennsylvania within the meaning of 73 P.S. § 201-2(3).

62.     Specifically, the UTPCPL declares as unlawful the failure "to comply with the terms of any written guarantee or warranty given to the buyer at, prior to or after a contract for the purchase of goods or services is made".  73 P.S. § 201-2(4)(xiv).

63.     Plaintiffs received a written warranty from Defendants at the time of purchase. See Exhibit B.  By failing to repair the Subject Vehicle in a reasonable amount of time or at all, Defendants breached this warranty.  Therefore, Defendants violated the UTPCPL each time Defendants failed to repair the Subject Vehicle within a reasonable amount of time or at all.  See Exhibit C.

64.     In addition, the UTPCPL prohibits "[e]ngaging in any other deceptive conduct which creates a likelihood of confusion or of misunderstanding." 73 P.S. § 201-2(4)(xxi). Defendants violated this provision by representing that the vehicle had certain information, entertainment, and safety features as required by law or for the convenience of the consumer. Their representations convinced the Plaintiffs that these features and functions would reliably perform as advertised or it would make those systems perform as advertised.  However, Defendants provided the Plaintiffs with a vehicle that was defective and were unable to repair it in a reasonable time or at all.

65.     For instance, new vehicles sold in the United States are equipped with electrical and coolant systems.  The electrical and coolant systems in the Subject Vehicle were defective and Defendants were unable to repair it in a reasonable time or at all.  See Exhibit C.  Their conduct created a likelihood of confusion.

66.     Finally, Defendants violated the UTPCPL by failing to repurchase or replace the Subject Vehicle as required by the Lemon Law.  See 73 P.S. § 1961.

67.    Defendants' conduct more fully described herein is proscribed and unlawful pursuant to 73 P.S. §201-3.

68.    As a result of Defendants' unfair and deceptive acts and practices, Plaintiffs have suffered and will continue to suffer ascertainable losses and damages in an amount to be determined at trial, which amounts should be awarded pursuant to 73 P.S. §201-9.2.  These amounts should be trebled, in this Court's discretion, as appropriate.

WHEREFORE, Plaintiffs respectfully seek the relief set forth below.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs Erianna D. Lott-Beckles and Allah Jamal Beckles request the Court to enter the following relief:

(a)    Declare Plaintiffs' vehicle to be defective and nonconforming and declare Defendants' conduct to have violated their express and implied warranties;

(b)    Declare unlawful the acts and practices alleged herein, and enjoin Defendants from committing the acts alleged herein;

(c)    Enter judgment against Defendants for the violations alleged herein;

(d)    Award the actual and consequential damages incurred by Plaintiffs as a result of the wrongful acts complained of, along with pre-judgment and post-judgment interest at the maximum rate allowed by law;

(e)    Order Defendants to accept repurchase of the Subject Vehicle;

(f)    Award statutory damages as set forth herein;

(g)    Award treble damages or multiple damages by operation of law;

(h)    Award exemplary or punitive damages;

(i)    Award Plaintiffs the costs of this action, including reasonable attorney's fees, and

where applicable, expert fees; and

(j)      Award such other and further relief as the Court may deem just and appropriate.

## **DEMAND FOR JURY TRIAL**

Plaintiffs demand a trial by jury of all issues so triable in this cause.


Respectfully submitted,



Dated: March 11, 2026                    By:      *s/ Jay W. Chamberlin*
                                                  Jay W. Chamberlin, Esq. (317191)
                                                  *jchamberlin@lemonlawgrouppartners.com*
                                                  LEMON LAW GROUP PARTNERS, PLC
                                                  3323 NE 163rd Street, Suite 301
                                                  North Miami Beach, FL 33160
                                                  Phone: (888) 415-0610
                                                  Fax:    (305) 786-5842
                                                  *Attorneys for Plaintiffs*
                                                  *Erianna D. Lott-Beckles and*
                                                  *Allah Jamal Beckles*

# EXHIBIT A



**BARBERA'S AUTOLAND**

Jeep

7818 Roosevelt Boulevard – Philadelphia, PA 19152
Main/Showroom/Sales Direct 215-333-3700
& Sor Service Direct: 215-335-3300
Major Parts & Accessories Boutique Direct: 215-333-2400

**BUYER'S ORDER**

No. 265216

| PLEASE ENTER MY ORDER FOR THE FOLLOWING | | | |
|---|---|---|---|
| ☐ NEW ☒ USED ☐ DEMO ☐ CAR ☐ TRUCK | | | |

NAME: ALLAH JAMAL BECKLES / BRIANNA D LOTT-BECKLES

DATE 04/15/2023

| YR | MAKE | MODEL | TYPE |
|---|---|---|---|
| 2022 | JEEP | GRAND WAGONE | |

| COLOR | TRIM | MILEAGE |
|---|---|---|
| WHITE | | 12912 |

VIN: 1 C 4 S J V G J 2 N S 1 1 1 0 5 7 6

| STOCK NO. | SALESMAN | TO BE DELIVERED ON OR ABOUT |
|---|---|---|
| 22C2239A | GRIPPEN JOSEPH | 04/15/2023 |

**PRICE OF VEHICLE** 95804 00

DESCRIPTION OF TRADE IN

| YR | MAKE | MODEL | TYPE |
|---|---|---|---|

| COLOR | TRIM | MILEAGE |
|---|---|---|

VIN:

| WMI NO. | PLATE NO. | EXP. DATE |
|---|---|---|

OWNER: ERIANNA D LOTT-BECKLES    LOAN #

| AMOUNT | GOOD TILL | VERIFIED BY |
|---|---|---|
| N/A | | |

COLLATERAL/COMMENTS

| NAME OF AGENT | PHONE |
|---|---|

ADDRESS

| POLICY NUMBER | CANCELLATION DEDUCTIBLE |
|---|---|
| 5837J483156 | 5.00 |

| INSURANCE CO. | SPORT MTR |
|---|---|
| NATIONWIDE | |

| EFFECTIVE DATE | EXP. DATE | VERIFIED BY |
|---|---|---|
| 04/14/2023 | 10/14/2023 | |

| QG GAP | 1200 00 |
|---|---|
| MAINTENANCE – *ultimate* | 2195 00 |
| *Platinum 84 Mos unlimited comm* | |
| *& product – se –* | |

I acknowledge I have been advised that the vehicle I am purchasing may have been a Rental, Lease Car, Demonstrator, and/or Previously Sold and Returned.    Initials

| EXTENDED WARRANTY | TYPE QG SVG CONT | | | |
|---|---|---|---|---|
| MONTHS | 84 | MILES | 100000 | 4500 00 |

LEASE OR FINANCE DISCLOSURE

| | Cash Price of Vehicle & Accessories | 103789 00 |
|---|---|---|
| | Sales Tax | 8207 12 |
| REGISTRATION 44.00 | TITLE 68.00 | TRANSFER N/A | ENCUMBRANCE 28.00 | 130 00 |
| | Documentary Fee | 449 00 |
| | Messenger Fee | 20 47 |
| | Notary Fee | |

| TIRE TAX | |
|---|---|
| TEMP PLATE | 34 00 |

| | Total Price | 112629 59 |
|---|---|---|
| | Trade-in | |
| "Payoff Amount & Good To Verification" | Less Payoff* | |
| | Net Trade In | |
| | Deposit | |
| | Cash on Delivery | 25000 00 |
| Cash Price + Deposit + Delivery = | Total Down Payment | 25000 00 |
| | Unpaid Balance of Total Price | 87629 59 |

USED CAR BUYERS GUIDE: THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THE CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE.

GUÍA PARA COMPRADORES DE VEHÍCULOS USADOS: LA INFORMACIÓN QUE VE EN EL FORMULARIO DE LA VENTANILLA ESTE VEHÍCULO FORMA PARTE DEL PRESENTE CONTRATO. LA INFORMACIÓN DEL FORMULARIO DE LA VENTANILLA DEJA SIN EFECTO TODA DISPOSICIÓN EN CONTRARIO CONTENIDA EN EL CONTRATO DE VENTA.

**VERY IMPORTANT!**

☑ BUYER ACKNOWLEDGES THAT IF THIS BOX IS CHECKED, THIS AGREEMENT CONTAINS AN ARBITRATION CLAUSE.    Initials

Buyer agrees that this Agreement includes all of the terms and conditions on the front and back side hereof, that this Agreement cancels and supersedes any prior agreement including oral agreements, and as of the date below comprises, with any retail installment sale contract, the complete and exclusive statement of the terms of the agreement relating to the subject matters covered by this Agreement. Buyer, by signing this Agreement, acknowledges that he has read its terms and has received a true copy of this Agreement.

This Agreement is not binding upon either Dealer or Buyer until signed by an authorized Dealer representative. YOU, THE BUYER, MAY CANCEL THIS AGREEMENT AND RECEIVE A FULL REFUND ANY TIME BEFORE RECEIPT OF A COPY OF THE AGREEMENT SIGNED BY AN AUTHORIZED DEALER REPRESENTATIVE BY GIVING WRITTEN NOTICE OF CANCELLATION TO DEALER.

BUYER HAS READ ALL PAGES OF THIS AGREEMENT AND AGREES TO ALL TERMS AND CONDITIONS IN THIS AGREEMENT.

BUYER SIGNS X _____    DATE 04/15/2023

MANAGER'S APPROVAL _____

CO-BUYER SIGNS X _____    DATE 04/15/2023

18179*1*BAG-FI

# EXHIBIT B

**2022** WARRANTY INFORMATION – GAS VEHICLES





Please note that this new vehicle limited warranty contains a binding arbitration provision that may affect your legal rights, and you agree that, pursuant to the arbitration provision contained in this book, that either you or FCA US LLC may elect to resolve any dispute by neutral, binding arbitration and not by a court action. See the binding arbitration provision contained in "Section 13" of this new vehicle limited warranty for additional information concerning the agreement to arbitrate. The binding arbitration provision contained in this warranty book does not affect any rights a consumer has to participate in any of FCA's nonbinding arbitration programs or any voluntary arbitration programs sponsored by any state or government agency.

WARRANTY COVERAGE AT A GLANCE

| | |
|---|---|
| **Basic Limited Warranty Coverage**<br>3 years/36,000 miles<br>Specified Components 1 year/12,000 miles | **Federal Emission Warranty**<br>2 years/24,000 miles<br>Specified Components 8 years/80,000 miles |
| **Corrosion Warranty (Anti-Corrosion Perforation Limited Warranty)**<br>All Panels 3 years/Unlimited mileage<br>Outer Panels 5 years/Unlimited mileage | **Emission Performance Warranty**<br>2 years/24,000 miles |
| **Powertrain Limited Warranty**<br>5 years/60,000 miles | |

2

1. Your Legal Rights Under These Limited
Warranties .......................................................... 4
  1.1. INCIDENTAL AND CONSEQUENTIAL DAMAGES NOT
  COVERED ......................................................... 4
  1.2. FCA US LLC DISPUTE SETTLEMENT PROGRAM .......... 4
  1.3. VOLUNTARY BINDING ARBITRATION PROVISION .......... 5

2. What Is Covered Under FCA US LLC's
Warranties ......................................................... 6
  2.1. BASIC LIMITED WARRANTY ................................ 6
    A. Who Is Covered ........................................... 6
    B. What Is Covered .......................................... 6
    C. Items Covered By Other Warranties ...................... 6
    D. Towing Costs Are Covered Under Certain Circumstances...6
    E. When It Begins ........................................... 6
    F. When It Ends ............................................. 6
    G. Registration And Operation Requirements ................ 7
  2.2. CORROSION WARRANTY ..................................... 7
    A. Who Is Covered ........................................... 7
    B. What Is Covered .......................................... 7
    C. How Long It Lasts ........................................ 7
    D. What Is Not Covered ...................................... 7
  2.3. RESTRAINT SYSTEM LIMITED WARRANTY (VEHICLES SOLD
  AND REGISTERED IN THE STATE OF KANSAS ONLY)...............8

3. What Is Not Covered ........................................ 10
  3.1. MODIFICATIONS NOT COVERED ............................ 10
    A. Some Modifications Do Not Void The Warranties But
    Are Not Covered ............................................ 10
    B. Modifications That WILL Void Your Warranties .......... 10
  3.2. ENVIRONMENTAL FACTORS NOT COVERED ................... 10
  3.3. MAINTENANCE COSTS NOT COVERED ........................ 10
  3.4. RACING NOT COVERED .................................... 11
  3.5. CERTAIN KINDS OF CORROSION NOT COVERED .............. 11
  3.6. OTHER EXCLUSIONS ...................................... 11
  3.7. TOTAL LOSS, SALVAGE, JUNK, OR SCRAP VEHICLES NOT
  COVERED .................................................... 12
  3.8. RESTRICTED WARRANTY ................................... 12

4. Other Terms Of Your Warranties ............................ 13
  4.1. EXCHANGED PARTS MAY BE USED IN WARRANTY
  REPAIRS ................................................... 13
  4.2. PRE-DELIVERY SERVICE .................................. 13
  4.3. PRODUCTION CHANGES .................................... 13

2.4. POWERTRAIN LIMITED WARRANTY ............................. 8
    A. Who Is Covered ........................................... 8
    B. What Is Covered .......................................... 8
    C. How Long It Lasts ........................................ 8
    D. Towing Costs Are Covered ................................. 8
    E. Parts Covered ............................................ 8
    F. Other Provisions Of This Powertrain Limited Warranty....9

5. Emission Warranties Required By Law..............14
5.1. FEDERAL EMISSION WARRANTY..............14
  A. Parts Covered for Two Years or 24,000 Miles..........14
  B. Parts Covered for Eight years or 80,000 miles..........14
5.2. EMISSION PERFORMANCE WARRANTY..............15

6. How To Get Warranty Service ..............16
6.1. WHERE TO TAKE YOUR VEHICLE..............16
  A. In the United States (We Include US Possessions And
  Territories As Part Of The United States For Warranty
  Purposes)..............16
  B. In Canada And Mexico..............16
  C. In A Foreign Country Outside Of North America..............16
  D. If You Move..............16
  E. Notice ..............16
6.2. HOW TO GET ROADSIDE ASSISTANCE SERVICE — U.S. OR
CANADA ONLY * ..............17
  A. Who Is Covered..............17
  B. What To Do..............17
  C. If Unable To Contact Roadside Assistance ..............17
  D. Covered Services..............18
6.3. EMERGENCY WARRANTY REPAIRS..............18

6.4. GETTING SERVICE UNDER THE FEDERAL EMISSION
PERFORMANCE WARRANTIES..............18
  A. What To Do..............18
  B. Further Steps You Can Take, And How To Get More
  Information..............19

7. How To Deal With Warranty Problems..............20
7.1. STEPS TO TAKE ..............20
  A. In General..............20
  B. What FCA US LLC Will Do..............20
  C. Voluntary Non-Binding Arbitration Process..............20
  D. Notice Under State Lemon Laws..............21
  E. California Residents Only ..............21

8. Helpful Addresses And Telephone Numbers..............22

9. Optional Service Contract..............23

10. Maintenance ..............24
10.1. GENERAL INFORMATION..............24
10.2. WHERE TO GO FOR MAINTENANCE..............24

3

# 1. YOUR LEGAL RIGHTS UNDER THESE LIMITED WARRANTIES

The warranties contained in this booklet are the only express warranties that FCA US LLC ("FCA US") makes for your vehicle. **These warranties give you specific legal rights. You may also have other rights that vary from state to state.** For example, you may have some implied warranties, depending on the state where your vehicle was sold or is registered.

These implied warranties are limited, to the extent allowed by law, to the time periods covered by the express written warranties contained in this booklet.

If you use your vehicle primarily for business or commercial purposes, then these implied warranties do not apply and FCA US LLC completely disclaims them to the extent allowed by law. The implied warranty of fitness for a particular purpose does not apply if your vehicle is used for racing, even if the vehicle is equipped for racing.

**Some states do not allow limitations on how long an implied warranty lasts, so the above limitations may not apply to you.**

## 1.1. INCIDENTAL AND CONSEQUENTIAL DAMAGES NOT COVERED

**Your warranties do not cover any incidental or consequential damages connected with your vehicle's failure, either while under warranty or afterward.**

Examples of such damages include:

- Lost time
- Inconvenience
- The loss of the use of your vehicle
- The cost of rental vehicles, gasoline, telephone, travel, or lodging
- The loss of personal or commercial property
- The loss of revenue

**Some states do not allow incidental or consequential damages to be excluded or limited, so this exclusion may not apply to you.**

## 1.2. FCA US LLC DISPUTE SETTLEMENT PROGRAM

FCA US LLC offers a dispute settlement program under two options for customers. First, you may submit your claim to the National Center for Dispute Settlement (NCDS). For more information on the NCDS program, please see "Section 7.1". Second, if you prefer not to submit your claim to NCDS, or you are not satisfied with the result from NCDS, then you agree to resolve your dispute with FCA US LLC through binding arbitration as defined in "Section 1.3".

## 1.3. VOLUNTARY BINDING ARBITRATION PROVISION

Please carefully read this voluntary binding arbitration provision, which applies to any dispute between you and FCA US LLC and its affiliates (together "FCA", "we" or "us"). If you have a concern or dispute, please send a written notice describing it and your desired resolution to FCA US LLC Office of the General Counsel, 1000 Chrysler Drive, CIMS 485-13-62, Auburn Hills, MI 48326-2766. This binding arbitration provision does not affect any rights a consumer has to participate in any of FCA US LLC's nonbinding arbitration programs or any voluntary arbitration programs sponsored by any state or government agency.

If your concern or dispute is not resolved within 60 days, you agree that any dispute arising out of or relating to any aspect of the relationship between you and FCA US LLC will not be decided by a judge or jury but instead by a single arbitration administered by the **American Arbitration Association (AAA)** under its **Consumer Arbitration Rules** in effect at the time you signed the Agreement to Arbitrate. This includes claims arising out of your warranty and claims arising before this agreement, such as claims related to statements about our products.

FCA US LLC will pay all AAA fees and costs for any arbitration, which will be held in the city or county of your residence. To learn more about the rules and how to begin an arbitration, you may call any AAA office or go to www.adr.org.

---

The arbitrator may only resolve disputes between you and FCA US LLC and may not consolidate claims without the consent of all parties. You and FCA US LLC may bring claims against the other only in your or its individual capacity and not as a plaintiff or class member in any class or representative action. The arbitrator cannot hear class or representative claims on behalf of others purchasing or leasing FCA US LLC vehicles. If a court or arbitrator decides that any part of this agreement cannot be enforced as to a particular claim for relief or remedy (such as declaratory relief), then that claim or remedy (and only that claim or remedy) shall be severed and must be brought in court and any other claims must be arbitrated.

If you prefer, you may instead take an individual dispute to small claims court.

You may opt out of arbitration within 30 days of taking delivery of the vehicle and signing the Arbitration Acknowledgment Form at the dealer. To opt out of the binding arbitration program, send a letter to: FCA US LLC Office of the General Counsel, 1000 Chrysler Drive, CIMS 485-13-62, Auburn Hills, MI 48326-2766, stating your name, Vehicle Identification Number (VIN), and intent to opt out of the arbitration provision. If you do not opt out, then this provision to arbitrate is binding.

# 2. What Is Covered Under FCA US LLC's Warranties

## 2.1. BASIC LIMITED WARRANTY

### A. Who Is Covered

You are covered by the Basic Limited Warranty if you are a purchaser for use of the vehicle.

### B. What Is Covered

The Basic Limited Warranty covers the cost of all parts and labor needed to repair any item on your vehicle when it left the manufacturing plant that is defective in material, workmanship or factory preparation. There is no list of covered parts since the only exceptions are the parts listed in "section 2.1.C." These warranty repairs or adjustments, including all parts and labor connected with them, will be made by an authorized dealer at no charge, using new or remanufactured parts.

### C. Items Covered By Other Warranties

The following are covered by separate warranties offered by their manufacturers. They are **not covered** by the Basic Limited Warranty:

* Tires
* Headphones
* Items added or changed after your vehicle left the manufacturing plant, such as accessories or protection products, or items changed because of customization or van conversion

Be sure you get a copy of any warranty that applies to these items from the manufacturer of the product.

### D. Towing Costs Are Covered Under Certain Circumstances

Roadside Assistance covers the cost of towing your vehicle to the nearest authorized Chrysler, Dodge, Jeep®, or Ram dealer if your vehicle becomes disabled as a result of a mechanical breakdown. If you choose to go to another dealer, you will be responsible for the cost if the extra distance exceeds 10 miles. Refer to "section 6.2" for information on how to get towing service in the United States and Canada.

### E. When It Begins

The Basic Limited Warranty begins on either of the following dates, whichever is earlier:

* The date you take delivery of the vehicle.
* The date when the vehicle was first put into use, for example, as a dealer "demo" or as an FCA US LLC company vehicle.

### F. When It Ends

The Basic Limited Warranty lasts for three years from the date it begins or for 36,000 miles on the odometer, whichever occurs first. The following items are covered only for one year or for 12,000 miles on the odometer, whichever occurs first:

* Brakes (rotors, pads, linings, and drums)
* Bulbs
* Clutch Discs or Modular Clutch Assembly (if equipped)

- Wheel Alignment
- Wheel Balancing
- Windshield and Rear Window
- Wiper Blades

## G. REGISTRATION AND OPERATION REQUIREMENTS

The Basic Limited Warranty covers your vehicle only if:

- The vehicle was manufactured for sale and registered in the US.
- The vehicle is driven mainly in the US and Canada.
- The vehicle is operated and maintained in the manner described in your Owner's Manual.

EXCEPT WHERE SPECIFICALLY REQUIRED BY LAW, THERE IS NO WARRANTY COVERAGE FOR THIS VEHICLE IF IT IS SOLD OR REGISTERED OUTSIDE OF THE UNITED STATES, INCLUDING UNITED STATES POSSESSIONS AND TERRITORIES.

This policy does not apply to vehicles that have received authorization for export from FCA US LLC. Dealers may not give authorization for export. You should consult an authorized dealer to determine this vehicle's warranty coverage if you have any questions.

This policy does not apply to vehicles registered to US government officials or military personnel on assignment outside of the United States.

## 2.2. CORROSION WARRANTY

### A. WHO IS COVERED

You are covered by the Corrosion Warranty if you are a purchaser for use of the vehicle.

### B. WHAT IS COVERED

The Corrosion Warranty covers the cost of all parts and labor needed to repair or replace any sheet metal panels that get holes from rust or other corrosion. If a hole occurs because of something other than corrosion, this warranty does not apply. Cosmetic or surface corrosion may be covered under the warranty. The cause of cosmetic or surface corrosion will determine if there is coverage. Cosmetic or surface corrosion resulting from stone chips or scratches in the paint is not covered. For more details on what is not covered by this warranty, refer to "section 3.5".

### C. HOW LONG IT LASTS

The Corrosion Warranty starts when your Basic Limited Warranty begins under "section 2.1.E".

This warranty has two time-and-mileage limits:

- For sheet metal panels, the limit is three years, with no mileage limit.
- For an outer-body sheet metal panel, one that is finish-painted and that someone can see when walking around the vehicle, the limit is five years, with no mileage limit.

### D. WHAT IS NOT COVERED

Please note that while the standard Corrosion Warranty applies to defects in material and/or workmanship, it does not cover the vehicle's matte finish appearance (if equipped).

Maintaining the matte finish appearance is solely the responsibility of the vehicle owner as described in your Owner's Manual.

## 2.3.   RESTRAINT SYSTEM LIMITED WARRANTY (VEHICLES SOLD AND REGISTERED IN THE STATE OF KANSAS ONLY)

For vehicles sold and registered in the state of Kansas, seat belts and related seat belt components are warranted against defects in workmanship and materials for 10 years, regardless of mileage. This warranty does not cover replacement of seat belts and related components required as the result of collision.

## 2.4.   POWERTRAIN LIMITED WARRANTY

### A.  WHO IS COVERED

You are covered by the Powertrain Limited Warranty if you are a purchaser for use of the vehicle.

### B.  WHAT IS COVERED

The Powertrain Limited Warranty covers the cost of all parts and labor needed to repair a powertrain component listed in "section 2.4 E" that is defective in workmanship and materials.

### C.  HOW LONG IT LASTS

The Powertrain Limited Warranty lasts for five years or 60,000 miles on the odometer, whichever occurs first, calculated from the start date of the Basic Limited Warranty, as set forth in "section 2.1 E".

### D.  TOWING COSTS ARE COVERED

Roadside Assistance covers the cost of towing your vehicle to the nearest authorized Chrysler, Dodge, Jeep®, or Ram dealer if your vehicle cannot be driven because a covered part has failed.

If you choose to go to another dealer, you will be responsible for the cost if the extra distance exceeds 10 miles. Refer to "section 6.2" for information on how to get towing service in the United States and Canada.

### E.  PARTS COVERED

The Powertrain Limited Warranty covers these parts and components of your vehicle's powertrain supplied by FCA US LLC:

**NOTE:**
MANUAL TRANSMISSION CLUTCH PARTS ARE NOT COVERED UNDER THE POWERTRAIN LIMITED WARRANTY.

**Gasoline Engine**

Cylinder block and all internal parts; cylinder head assemblies; timing case, timing chain, timing belt, gears and sprockets; vibration damper; oil pump; water pump and housing; intake and exhaust manifolds; flywheel with starter ring gear; core plugs; valve covers; oil pan; turbocharger housing and internal parts; turbocharger wastegate actuator; supercharger; serpentine belt tensioner; and seals and gaskets for listed components only.

## Transmission

Transmission case and all internal parts; torque converter; drive/flex plate; transmission range switch; speed sensors; pressure sensors; transmission control module; bell housing; oil pan; and seals and gaskets for listed components only.

### Front-Wheel Drive (FWD)

Transaxle case and all internal parts; axle shaft assemblies; constant velocity joints and boots; differential cover; oil pan; transaxle speed sensors; transaxle solenoid assembly; PRNDL position switch; transaxle electronic controller; torque converter; and seals and gaskets for listed components only.

### All-Wheel Drive (AWD)

Power transfer unit and all internal parts; viscous coupler; axle housing and all internal parts; constant velocity joints and boots; driveshaft and axle shaft assemblies; differential carrier assembly and all internal parts; output ball bearing; output flange; end cover; overrunning clutch; vacuum motor; torque tube; pinion spacer and shim; and seals and gaskets for listed components only.

## Rear-Wheel Drive (2WD)

Rear axle housing and all internal parts; axle shafts; axle shaft bearings; drive shaft assemblies; drive shaft center bearings; universal joints and yokes; and seals and gaskets for listed components only.

### Four-Wheel Drive (4WD)

Transfer case and all internal parts; transfer case control module and shift mode motor assembly; axle housing and all internal parts; axle shafts; axle shaft bearings; drive shafts assemblies (front and rear); drive shaft center bearings; universal joints and yokes; disconnect housing assembly; and seals and gaskets for the listed components only.

## F.  OTHER PROVISIONS OF THIS POWERTRAIN LIMITED WARRANTY

For all other terms of the New Vehicle Limited Warranty that apply to the Powertrain Limited Warranty, refer to "section 1" (Your Legal Rights Under These Limited Warranties) and "section 3" (What Is Not Covered) for further information.

# 3. What Is Not Covered

## 3.1. MODIFICATIONS NOT COVERED

### A. Some Modifications Do Not Void The Warranties But Are Not Covered

Certain changes that you might make to your vehicle do not, by themselves, void the warranties described in this booklet. Examples of some of these changes are:

- Installing non-FCA US LLC parts, components, or equipment such as a non-FCA US LLC radio or cruise control.
- Using special non-FCA US LLC materials or additives.
- Modifying the front fascia/bumper, vehicle body structure, or adding aftermarket side steps or running boards.
- Replacing windshields on vehicles equipped with Advanced Driver Assist systems with non-FCA US LLC parts.
- Using aftermarket collision parts.
- Attaching or installing any aftermarket accessories, including transparent material (e.g. glass tinting) or aftermarket grilles.

**NOTE:**

Non-FCA US LLC parts can also impact downstream or other related safety systems.

Your warranties do not cover any part that was not on your vehicle when it left the manufacturing plant or is not certified for use on your vehicle. Nor do they cover the costs of any repairs or adjustments that might be caused

or needed because of the installation or use of non-FCA US LLC parts, components, equipment, materials, or additives.

Performance or racing parts are considered to be non-FCA US LLC parts. Repairs or adjustments caused by their use are not covered under your warranties.

Examples of the types of alterations not covered are:

- Installing accessories, except for genuine FCA US LLC/Mopar® accessories installed by an authorized Chrysler, Dodge, Jeep®, or Ram dealer.
- Applying rustproofing or other protection products.
- Changing the vehicle's configuration or dimensions, such as converting the vehicle into a limousine or food service vehicle.
- The use of any refrigerant that FCA US LLC has not approved.

### B. Modifications That Will Void Your Warranties

These actions will void your warranties:

- Disconnecting, tampering with, or altering the odometer, unless your repairing technician follows the legal requirements for repairing or replacing odometers.
- Attaching any device that disconnects the odometer.

## 3.2. ENVIRONMENTAL FACTORS NOT COVERED

Your warranties do not cover damage caused by environmental factors such as airborne fallout, bird droppings, insect damage, chemicals, tree sap, salt, ocean spray, acid rain, and road hazards. Nor do your warranties cover damage caused by hailstorms, windstorms, tornadoes, sandstorms, lightning, floods, and earthquakes.

Your warranties do not cover conditions resulting from anything impacting the vehicle. This includes cracks and chips in glass, scratches and chips in painted surfaces, or damage from collision.

### 3.3.  MAINTENANCE COSTS NOT COVERED

Your warranties do not cover the costs of repairing damage caused by poor or improper maintenance. Nor do they cover damage caused by the use of contaminated fuels, or by the use of fuels, oils, lubricants, cleaners or fluids other than those recommended in your Owner's Manual.

The warranties do not cover the costs of your vehicle's normal or scheduled maintenance, the parts and services that all vehicles routinely need.

Some of these parts and services, which your warranties do not cover, include:

- Lubrication
- Engine tune-ups
- Replacing filters, coolant, spark plugs, or fuses (unless those costs result from a covered repair)
- Cleaning and polishing
- Replacing worn wiper blades, worn brake pads and linings, or clutch linings

### 3.4.  RACING NOT COVERED

Your warranties do not cover the costs of repairing damage or conditions caused by racing, nor do they cover the repair of any defects that are found as the result of participating in a racing event.

### 3.5.  CERTAIN KINDS OF CORROSION NOT COVERED

Your warranties do not cover the following:

- Corrosion caused by accident, damage, abuse, or vehicle alteration
- Surface corrosion caused by such things as industrial fallout, sand, salt, hail, ocean spray, and stones
- Corrosion caused by the extensive or abnormal transport of caustic materials like chemicals, acids, and fertilizers
- Corrosion of special bodies, body conversions, or equipment that was not on your vehicle when it left the manufacturing plant or was not supplied by FCA US LLC

### 3.6.  OTHER EXCLUSIONS

Your warranties do not cover the costs of repairing damage or conditions caused by any of the following:

- Fire or accident
- Abuse or negligence
- Misuse, for example, driving over curbs or overloading
- Tampering with the emission systems, or with a part that could affect the emission systems
- Use of used parts, even if they were originally supplied by FCA US LLC; however, authorized FCA US LLC/Mopar® remanufactured parts are covered
- Windshield or rear window damage from external objects
- Any changes made to your vehicle that do not comply with FCA US LLC
- Using any fluid that does not meet the minimum recommendations in your Owner's Manual

## 3.7.  TOTAL LOSS, SALVAGE, JUNK, OR SCRAP VEHICLES NOT COVERED

A vehicle has no warranty coverage of any kind if:

- The vehicle is declared a total loss by an insurance company.
- The vehicle is rebuilt after being declared a total loss by an insurance company.
- The vehicle is issued a certificate of title indicating that it is designated as "salvage," "junk," "rebuilt," "scrap", or some similar word.

FCA US LLC will deny warranty coverage without notice if it learns that a vehicle is ineligible for coverage for any of these reasons.

This exclusion does not apply to emission warranties or to recall campaigns.

## 3.8.  RESTRICTED WARRANTY

FCA US LLC may restrict the warranty on your vehicle if the vehicle is not properly maintained, or if the vehicle is abused or neglected, and the abuse or neglect interferes with the proper functioning of the vehicle. If the warranty is restricted, coverage may be denied or subject to approval by FCA US LLC before covered repairs are performed.

# 4. Other Terms Of Your Warranties

## 4.1. EXCHANGED PARTS MAY BE USED IN WARRANTY REPAIRS

In the interest of customer satisfaction, FCA US LLC may offer exchange service on some vehicle parts. This service is intended to reduce the amount of time your vehicle is not available for your use because of repairs. Parts used in exchange service may be new, remanufactured, reconditioned, or repaired, depending on the part involved.

All exchange parts that might be used meet FCA US LLC standards, and have the same warranties as new parts.

Examples of the kinds of parts that might be serviced in this way are:

- Engine Assemblies
- Transmission Assemblies
- Instrument Cluster Assemblies
- Radios, CD and DVD players
- Speedometers
- Powertrain Control Module (PCM)

To help control suspected ozone-depleting agents, the Environmental Protection Agency (EPA) requires the capture, purification, and reuse of automotive air conditioning refrigerant gases. As a result, a repair to the sealed portion of your air conditioning system may involve the installation of purified reclaimed refrigerant.

## 4.2. PRE-DELIVERY SERVICE

A defect in or damage to the mechanical, electrical, sheet metal, paint, trim, and other components of your vehicle may have occurred at the factory or while it was being shipped to an authorized dealer.

Such a defect or damage is usually detected and corrected at the factory. In addition, dealers must inspect each vehicle before delivery. They repair any defects or damage detected before the vehicle is delivered to you.

## 4.3. PRODUCTION CHANGES

Changes may be made in vehicles sold by FCA US LLC and its authorized dealers at any time without incurring any obligation to make the same or similar changes on vehicles previously built or sold.

# 5. Emission Warranties Required By Law

## 5.1. FEDERAL EMISSION WARRANTY

### A. PARTS COVERED FOR TWO YEARS OR 24,000 MILES

Federal law requires FCA US LLC to warrant the following emission parts for two years or 24,000 miles, whichever occurs first. FCA US LLC covers all of these parts under the Basic Limited Warranty for three years or 36,000 miles, whichever occurs first.

**Gas Engines**

These parts are:

• Air system controls
• Electronic fuel injection system, including injector
• Evaporative emission canister and controls
• Exhaust manifold
• Exhaust Gas Recirculation (EGR) valve and control system
• Exhaust pipes (between exhaust manifold and catalyst)
• Fuel cap and tank assembly, pump, and fuel lines
• Ignition system
• Intake manifold

• On-board diagnostic-system components
• Oxygen sensors
• Positive Crankcase Ventilation (PCV) valve or orifice
• Secondary ignition wires
• Spark plugs
• Throttle body
• Vacuum hoses, clamps, and fittings, as well as tubing used for these components
• Vacuum, temperature, altitude, speed, and time-sensitive valves, sensors, and switches used in these components and systems

### B. PARTS COVERED FOR EIGHT YEARS OR 80,000 MILES

**If** your vehicle has one of the following parts, this Federal Emission Warranty covers that part for a period of eight years or 80,000 miles, whichever occurs first, calculated from the start of the Basic Limited Warranty as set forth in "section 2.1.E".

These parts are:

• Motor Generator Unit (MGU)
• Catalytic Converter
• Powertrain Control Module (PCM)
• Battery Pack Control Module (BPCM)
• Transmission Control Module (TCM)

## 5.2.  EMISSION PERFORMANCE WARRANTY

This Emission Performance Warranty supplements the Federal Emission Warranty under "section 5.1." It lasts for two years or 24,000 miles on the odometer, whichever occurs first. If your vehicle has one of the parts listed in "section 5.1 B", the Federal Emission Warranty covers that part for a period of eight years or 80,000 miles, whichever occurs first. These limits are counted from the time when your Basic Limited Warranty begins under "section 2.1 E." The Emission Performance Warranty covers the cost of repairing or adjusting any components or parts that might be needed for your vehicle to pass federal emission standards for a federally approved state or local emission test, but only if:

- Your vehicle has failed a federally approved state or local emission test.
- Your vehicle has been maintained and operated properly up until it fails such a test.
- You face a real penalty, for example, a fine or the loss of the use of your vehicle because the vehicle has failed the test.

Refer to "section 6.4", Getting Service Under The Federal Emission Performance Warranties, for further information on how to get service under this warranty.

# 6. HOW TO GET WARRANTY SERVICE

## 6.1. WHERE TO TAKE YOUR VEHICLE

### A. IN THE UNITED STATES (WE INCLUDE US POSSESSIONS AND TERRITORIES AS PART OF THE UNITED STATES FOR WARRANTY PURPOSES)

Warranty service must be done by an authorized Chrysler, Dodge, Jeep®, or Ram dealer. We strongly recommend that you take your vehicle to your selling dealer. They know your vehicle best, and are most concerned that you get prompt and high quality service. If you move within the United States, warranty service may be requested from any authorized Chrysler, Dodge, Jeep®, or Ram dealer.

### B. IN CANADA AND MEXICO

If you are traveling temporarily in Canada or Mexico, and your vehicle remains registered in the United States, your FCA US LLC warranty still applies. Service may be requested at any authorized Chrysler, Dodge, Jeep®, or Ram dealer.

### C. IN A FOREIGN COUNTRY OUTSIDE OF NORTH AMERICA

If you are traveling temporarily outside of North America, and your vehicle remains registered in the United States:

- Take your vehicle to an authorized Chrysler, Dodge, Jeep®, or Ram dealer. They should give you the same warranty service you receive in the United States.

- If the authorized dealer charges you for repairs which you feel should be covered under your warranty, please get a detailed receipt for the work done. Make sure that this receipt lists all warranty repairs and parts that were involved. This receipt will be similar to the one used by the authorized dealer that normally services your vehicle.

- When your vehicle returns to the United States, contact the FCA US LLC Customer Assistance Center for reimbursement consideration. You can find the address in "section 8". You will normally need to provide a copy of the receipt, your vehicle registration and any other relevant documents.

- Reimbursement will not be considered if the vehicle does not return to the United States.

### D. IF YOU MOVE

If you move to another country, be sure to contact the FCA US LLC Customer Assistance Center and the customs department of the destination country before you move. You can find the address in "section 8". Vehicle importation rules vary considerably from country to country. You may be required to present documentation of your move to FCA US LLC in order to continue your warranty coverage. You may also be required to obtain documentation from FCA US LLC in order to register your vehicle in your new country.

### E. NOTICE

If your vehicle is registered outside of the United States, and you have not followed the procedure set out above, your vehicle will no longer be eligible for warranty coverage of any kind. Vehicles registered to United States government officials or military personnel on assignment outside of the US will continue to be covered.

# 6.2. HOW TO GET ROADSIDE ASSISTANCE SERVICE — U.S. OR CANADA ONLY*

## A. WHO IS COVERED

You are covered by Roadside Assistance services if you are a purchaser for use of the vehicle. Roadside Assistance services last for five years or 60,000 miles on the odometer, whichever occurs first, calculated from the start date of the Basic Limited Warranty, as set forth in "section 2.1. E."[1]

## B. WHAT TO DO

If your vehicle requires jump start assistance, out of gas/fuel delivery, tire service, lockout service or towing as a result of a mechanical breakdown, call 800-521-2779 for assistance.

Provide your name, Vehicle Identification Number (VIN) — required for covered services, license plate number, and your location, including the telephone number from which you are calling. Briefly describe the nature of the problem and answer a few simple questions.

You will be given the name of the service provider and an estimated time of arrival. If you feel you are in an "unsafe situation", please let us know. With your consent, we will contact local police or safety authorities.

## C. IF UNABLE TO CONTACT ROADSIDE ASSISTANCE

If you are unable to contact Roadside Assistance or unable to provide a valid Vehicle Identification Number (VIN) and you obtain towing services on your own, you may submit your original receipts from the licensed towing or service facility for services rendered within 30 days of the occurrence. Be sure to include your VIN, odometer mileage at the time of service and current mailing address. We will process the claim based on vehicle and service eligibility. If eligible, we will reimburse you for the reasonable amounts you actually paid, based on the usual and customary charges for that service in the area where they were provided. FCA US LLC's determination relating to reimbursement is final. Correspondence should be mailed to:

FCA US LLC Customer Assistance

P.O. Box 9145

Medford, MA 02155

Attention: Claims Department

FCA US LLC reserves the right to modify the terms or to discontinue the Roadside Assistance Program at any time. The Roadside Assistance Program is subject to restrictions and conditions of use, that which are determined solely by FCA US LLC.

---

1. * Roadside Assistance services provided through Cross Country Motor Club, Inc., 400 River's Edge Drive, Medford, MA 02155 except in AK, CA, HI, OR, WI, and WY, where services are provided by Cross Country Motor Club of California, Inc., 275 East Hillcrest Drive, Suite 165, Thousand Oaks, CA 91360.

## D. COVERED SERVICES

**Flat Tire Service**

If you are inconvenienced by a flat tire, we will dispatch a service provider to use your vehicle's temporary spare tire (if equipped) as recommended in your Owner's Manual. This is not a permanent flat tire repair.

**Out of Gas/Fuel Delivery**

Drivers cannot always count on a gas station being nearby, especially when traveling away from home. We will dispatch a service provider to deliver a small amount of fuel (maximum two gallons) to get you to a nearby station. This service is limited to two occurrences in a 12-month period.

**Battery Jump Assistance**

No time is a good time for a depleted battery, but with Roadside Assistance, you do not have to worry about being stranded. We will dispatch a service provider to provide you with a battery jump any time, day or night.

**Lockout Service**

Whether the keys are locked in your vehicle or frozen locks are keeping you from getting on your way, Roadside Assistance can assist you. This service is limited to providing access to the vehicle's seating area. It does not cover the cost of replacement keys.

**Towing Service**

Roadside Assistance service gives you peace of mind and confidence. If your vehicle becomes disabled as a result of a mechanical breakdown, Roadside Assistance will dispatch towing service to transport your vehicle to the closest authorized Chrysler, Dodge, Jeep®, or Ram dealer. If you choose to go to another dealer, you will be responsible for the cost if the extra distance exceeds 10 miles.

## 6.3. EMERGENCY WARRANTY REPAIRS

If you have an emergency, and have to get a warranty repair made by someone other than an authorized Chrysler, Dodge, Jeep®, or Ram dealer, follow the reimbursement procedure in "section 6.1.C".

## 6.4. GETTING SERVICE UNDER THE FEDERAL EMISSION PERFORMANCE WARRANTIES

### A. WHAT TO DO

If the vehicle has failed an emission test described in "section 5.2":

- Take the vehicle to an authorized Chrysler, Dodge, Jeep®, or Ram dealer as soon as possible.

- Give the service representative the printout showing that the vehicle failed the test.

- **If possible**, bring all service receipts, maintenance logs, and records proving that the vehicle has been properly maintained, since you may be required to show them.

## B. FURTHER STEPS YOU CAN TAKE, AND HOW TO GET MORE INFORMATION

If you think an authorized dealer has wrongly denied you emission warranty coverage, follow the recommended instructions described in "Section 7.1". FCA US LLC will reply to you in writing within 30 days after receiving your complaint (or within the time limit required by local or state law). If the owner is not notified within 30 days that a performance warranty claim is denied, the manufacturer must repair the vehicle free of charge.

For more information about getting service under the Federal Emission Warranty or the Performance Warranty, or to report what you think is a violation of these warranties, contact:

Manager, Certification and Compliance

Division Warranty Claims

Environmental Protection Agency

1200 Pennsylvania Avenue, NW

Mail Code 6403J

Washington, D.C. 20460

# 7. HOW TO DEAL WITH WARRANTY PROBLEMS

## 7.1. STEPS TO TAKE

### A. IN GENERAL

Normally, warranty problems can be resolved by an authorized dealer's sales or service departments. Always talk to the authorized dealer's service manager or sales manager first. But if you are not satisfied with the authorized dealer's response to your problem, FCA US LLC recommends that you discuss your problem with the owner or general manager of the authorized dealer.

If the authorized dealer still cannot resolve the problem, contact the FCA US LLC Customer Assistance Center. You can find the address in "section 8".

### B. WHAT FCA US LLC WILL DO

Once you have followed the recommended instructions described in "section 7.1.A", a FCA US LLC representative at FCA US LLC headquarters will review your situation. If it is something that FCA US LLC can help you with, FCA US LLC will provide an authorized dealer with all the information and assistance necessary to resolve the problem. Even if FCA US LLC cannot help you, FCA US LLC will acknowledge your contact and explain FCA US LLC's position.

If you cannot resolve your warranty problem after following the recommended instructions described in "section 7.1.A", you may obtain a brochure describing FCA US LLC's Customer Arbitration Process (CAP), including an application, by calling 877-426-5337 for assistance. For further details on resolving your warranty problem, please see the Lemon Law booklet included in your glove box materials or available online at www.mopar.com.

### C. VOLUNTARY NON-BINDING ARBITRATION PROCESS

FCA US LLC offers a non-binding voluntary dispute resolution process in all 50 states, which is administered by the National Center for Dispute Settlement (NCDS).

This service is strictly voluntary, and you may submit your dispute directly to the CAP at no cost. The CAP is administered by an independent dispute settlement organization and may be contacted in writing at the following address:

National Center for Dispute Settlement (NCDS)

FCA US LLC Customer Arbitration Process

P.O. Box 515315

Dallas, TX 75251-5315

The CAP reviews only vehicle disputes involving FCA US LLC ("FCA US") Limited Warranty or an FCA US LLC/Mopar® Part Limited Warranty. The CAP does not review disputes involving the sale of a new or used vehicle, personal injury/property damage claims, disputes relating to the design of the vehicle or a part, or disputes which are already the subject of litigation.

The CAP will need the following information from you:

1. Legible copies of all documents and repair orders relevant to your case.

2. Vehicle Identification Number (VIN) of your vehicle.

3. A brief description of your unresolved concern.

4. The identity of your servicing/selling dealer.

5. The date(s) of repair(s) and mileage at the time.

6. The current mileage.

7. A description of the action you expect to resolve your concern.

Upon receipt of your request:

• The National Center for Dispute Settlement (NCDS) will acknowledge receipt of your request, by email or mail, within 10 days, and advise you whether or not your dispute is within the jurisdiction of the process.

• When your request is within jurisdiction, NCDS will request FCA US LLC to present their side of the dispute. You will receive copies of the responses.

• While your dispute is pending, NCDS or FCA US LLC may contact you to see if your case can be settled by agreement. If a settlement is offered to you, FCA US LLC will ask you to sign a form that contains that settlement. Your case will then be closed. There is no requirement for you to participate in this settlement process.

• If you requested an oral hearing, NCDS will contact you to arrange a convenient time and place for a hearing. Usually, this will be at a dealer near you or by teleconference.

• If you request a documents-only review, a panel of neutral arbitrators will review and decide your case. Neither you nor FCA US LLC need be present.

• NCDS will send you a written Statement of Decision. This statement will include the decision, any action to be taken by FCA US LLC and the time by which the action must be taken. The decision will be binding on FCA US LLC but not on you unless you accept the decision.

• If any action is required on FCA US LLC, you will be contacted within 10 days after the date by which FCA US LLC must act to determine whether performance has been rendered.

• The entire dispute settlement process will normally take no longer than 40 days.

## D. NOTICE UNDER STATE LEMON LAWS

Some states have laws allowing you to get a replacement vehicle or a refund of the vehicle's purchase price under certain circumstances. These laws vary from state to state. If your state law allows, FCA US LLC requires that you first notify us in writing of any service difficulty that you may have experienced so that we can have a chance to make any needed repairs before you are eligible for remedies provided by these laws. In all other states, we ask that you give us written notice of any service difficulty. Send your written notice to the FCA US LLC Customer Assistance Center using the address in "section 8".

## E. CALIFORNIA RESIDENTS ONLY

FCA US LLC offers a non-binding dispute resolution program in the state of California that has been certified by the Arbitration Certification Program of the state. The California Dispute Settlement Program (CDSP) is a neutral third-party arbitration provider that administers the cases. Detailed program information can be found online at www.mopar.com under Warranty/Additional Publications or in the California Dispute Settlement Program booklet provided with your vehicle.

# 8. HELPFUL ADDRESSES AND TELEPHONE NUMBERS

Here are the addresses and telephone numbers of the FCA US LLC Customer Assistance Centers that can help you wherever you happen to be. Contact the one that covers your area:

- **In the United States:**

  **FCA US LLC Customer Assistance Center**

  P.O. Box 21-8004

  Auburn Hills, Michigan 48321-8004

  Phone Number: 877-426-5337

  To contact FCA US LLC by email:

  Select the "Contact Us" button on

  www.jeep.com

- **In Canada:**

  **FCA Canada Customer Care**

  Chrysler Centre

  P.O. Box 1621

  Windsor, Ontario N9A 4H6

  Phone Number (English): 800-465-2001

  Phone Number (French): 800-387-9983

- **In Mexico:**

  **Customer Relations Office**

  Prolongación Paseo de la Reforma 1240

  Santa Fe, Cuajimalpa CP 05348

  Ciudad de México

  Phone Number (in Mexico): 800-505-1300

  Phone Number (outside Mexico): +(52) 55 50817568

- **In Puerto Rico and U.S. Virgin Islands:**

  **FCA Caribbean LLC Customer Service**

  Box 191857

  San Juan, Puerto Rico 00919-1857

  Phone Number: 877-426-5337

  Fax Number: 787-782-3345

# 9. OPTIONAL SERVICE CONTRACT

Mopar® Vehicle Protection plans offer valuable protection against repair costs when these warranties no longer apply. They complement but do not replace the warranty coverages outlined in this booklet. A variety of plans are available, covering various time-and-mileage periods and various groups of the vehicle's mechanical components.

Mopar® Vehicle Protection plans are the ONLY vehicle extended protection plans authorized, endorsed and backed by FCA US LLC to provide additional protection beyond your vehicle's warranty. Look for our brand logo and ask an authorized dealer for details.



# 10. Maintenance

## 10.1. GENERAL INFORMATION

It is your responsibility to properly maintain and operate your new vehicle. Follow the instructions contained in the General and Scheduled Maintenance Service guidelines in your Owner's Manual. Regular, scheduled maintenance is essential to trouble-free operation. If there is a dispute between you and FCA US LLC concerning the maintenance of your vehicle, FCA US LLC will require you to provide proof that your vehicle was properly maintained.

For your convenience, FCA US LLC has prepared a Maintenance Schedule with routine service intervals which is included in your Owner's Manual. It is essential to follow these required maintenance intervals for safe trouble-free operation.

## 10.2. WHERE TO GO FOR MAINTENANCE

FCA US LLC recommends that you return to the authorized dealer from whom you bought your vehicle for all maintenance service both during and after the warranty periods. Although you can get warranty service from any authorized dealer who sells your particular make, returning to your selling authorized dealer will help ensure that all your service needs are met and that you are completely satisfied. The dealer technicians are specifically trained to proficiently perform maintenance and repair procedures on your vehicle.

FCA US LLC strongly recommends using genuine FCA US LLC/Mopar® parts to maintain your vehicle.

For the most up-to-date warranty information go to Mopar.com

Original Owner's Name

Street Address

City and State                                    Zip Code

Vehicle Identification Number

Warranty Start Date (In-Service Date)          Mileage at Delivery

Selling Dealer                                  Code

City                                            State

Warranty coverage applies to all vehicle owners. To protect you in the event of a recall or any question concerning your warranty, please tell your dealer about any ownership or address change, and write the details here.

Second Owner's Name

Street Address

City and State                                    Zip Code

Date of Second Purchase          Mileage at Purchase

Third Owner's Name

Street Address

City and State                                    Zip Code

Date of Third Purchase          Mileage at Purchase





©2022 FCA US LLC. All Rights Reserved. Jeep is a registered trademark of FCA US LLC.

First Edition V4
22_J_G_GW_EN_US

# EXHIBIT C

CUSTOMER #: 69789

205862

INVOICE

**REEDMAN TOLL**
CHRYSLER DODGE JEEP RAM OF JENKINTOWN

ERIANNA LOTT-BECKLES

PAGE 1

140 Old York Road
Jenkintown, PA 19046
Phone: 215-690-3770
Fax: 215-690-3771
www.reedmantolledjrjenkintown.com

SERVICE ADVISOR: 1567 KEVIN NYCE

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|---|
| | 22 | JEEP GRAND WAGONEER | | 1C4SJVGJ2NS110576 | | 21004/21005 | T5352 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 16NOV21 DD | | | 11:00 23OCT23 | | 225.00 | VM | 23OCT23 |

| R.O. OPENED | | READY | OPTIONS: | DLR:60496 ENG:6.4_Liter | | | |

10:24 23OCT23  13:55 23OCT23

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|

```
A Change synthetic engine oil and filter [7qt. 0W40]
    LOFSYN Change synthetic engine oil and filter
    [7qt. 0W40]
         1587  CPC                                    30.00     30.00
      1 4892339BB FILTER-ENGINE OIL          19.19    19.19     19.19
      7 68523970AA OIL-0W40                  16.25    16.25    113.75
PARTS:   132.94  LABOR:   30.00  OTHER:   0.00  TOTAL LINE A:  162.94
     ****************************************************
B Multi-point inspection (according to maintenance interval)
    MPI Multi-point inspection (according to
    maintenance interval)
         999  CPC                                     0.00      0.00
PARTS:     0.00  LABOR:    0.00  OTHER:   0.00  TOTAL LINE B:    0.00
     ****************************************************
C RSU 1 [RSU 23-228 22MY WS HVAC MODULE UPDATES **]
CAUSE: RECALL COMPLETE
    RRT1 RSU 1 [RSU 23-228 22MY WS HVAC MODULE
    UPDATES **]
         1583  WC                                              (N/C)
PARTS:     0.00  LABOR:    0.00  OTHER:   0.00  TOTAL LINE C:    0.00
 SOFTWARE UPDATED
     ****************************************************
D Recall / Customer Satisfaction Notification 1 [Safety Recall 56A -
    Rearview Camera Visibility **]
CAUSE: RECALL COMPLETE
    RECALL Recall / Customer Satisfaction
    Notification 1 [Safety Recall 56A - Rearview
    Camera Visibility **]
         1583  WC                                              (N/C)
PARTS:     0.00  LABOR:    0.00  OTHER:   0.00  TOTAL LINE D:    0.00
 REPROGRAMED PAM MODULE
     ****************************************************
E Recall / Customer Satisfaction Notification 2 [Safety Recall 76A -
    Upper B-pillar Trim **]
```

Any warranties on the product sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.

REPRESENTATIONS,AGREEMENTS AND RELEASE: I own the vehicles described above or am authorized to sign the contract for the owner. I authorize Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown to furnish required services and parts and to operate the vehicle on public highways and elsewhere to test and inspect it. I agree to pay Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown its regular charges for the services and parts furnished. If I do not pick up the vehicle within 48 hours after it is repaired, I will pay Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown a storage charge of $3.00 per day. Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown will not be liable for (a) any loss or damage to the vehicle or anything in it while it is in Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown possession, (b) any damage to the vehicle due to lack of antifreeze, or (c) any indirect, special or consequential damages arising out of any services, materials, or parts furnished by Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown. I release and forever discharge Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown, its employees and agents of and from all liability and claims of any nature, whether known or unknown, resulting from the negligent performance of services or from any breach of express or implied warranty for defects in materials or parts, including any implied warranty of merchantability or fitness for a particular purpose. If it is properly notified, Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown will, however, remedy promptly at no charge any repair or maintenance service which was not performed by it in a skilled and workmanlike manner. An express mechanic's lien will attach to the vehicle to secure the total costs of the repairs. Acceptance of the vehicle by me or any authorized representatives will mean I ratify this agreement and release.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

Copyright 2014 DSK Global, LLC  SERVICE INVOICE TYPE 2 - B2C - IMAGING

**CUSTOMER COPY**

CUSTOMER #: 69789

ERIANNA LOTT-BECKLES

205862

INVOICE

PAGE 2

# REEDMAN TOLL

CHRYSLER DODGE JEEP RAM OF JENKINTOWN

140 Old York Road
Jenkintown, PA 19046
Phone: 215-690-3770
Fax: 215-690-3771
www.reedmantolledjrjenkintown.com

BUS:                    CELL:                    SERVICE ADVISOR: 1567 KEVIN NYCE

| COLOR | YEAR | MAKE/MODEL | PROMISED | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|-------|------|------------|----------|-----|---------|------------------|-----|
|       | 22   | JEEP GRAND WAGONEER | | 1C4SJVGJ2NS110576 | | 21004/21005 | T5352 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|-----------|------------|------------|----------|--------|------|---------|-----------|
| 16NOV21 DD | | | 11:00 23OCT23 | | 225.00 | VM | 23OCT23 |

| R.O. OPENED | READY | OPTIONS: | DLR:60496 ENG:6.4_Liter |
|-------------|-------|----------|-------------------------|
| 10:24 23OCT23 | 13:55 23OCT23 | | |

LINE OPCODE TECH TYPE HOURS                                    LIST      NET      TOTAL

CAUSE: RECALL COMPLETE
     RECALL Recall / Customer Satisfaction
           Notification 2 [Safety Recall 76A - Upper
           B-pillar Trim **]
                1583    WC                                                      (N/C)
PARTS:    0.00  LABOR:    0.00  OTHER:    0.00   TOTAL LINE E:      0.00
 B PILLARS OKAY
           ****************************************************

*****************************************************************
ESTIMATE: 164.45                    23OCT23 10:24  SA: 1567
     CONTACT:
*****************************************************************

CUSTOMER PAY SHOP CHARGE FOR REPAIR ORDER                              4.95



Any warranties on the product sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.

REPRESENTATIONS,AGREEMENTS AND RELEASE: I own the vehicles described above or am authorized to sign this contract for the owner. I authorize Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown to furnish required services and parts and to operate the vehicle on public highways and elsewhere to test and inspect it. I agree to pay Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown its regular charges for the services and parts furnished. If I do not pick up the vehicle within 48 hours after it is repaired, I will pay Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown a storage charge of $3.00 per day. Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown will not be liable for (a) any loss or damage to the vehicle or anything in it while it is in Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown possession, (b) any damage to the vehicle due to lack of antifreeze, or (c) any indirect, special or consequential damages arising out of any services, materials, or parts furnished by Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown. I release and forever discharge Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown, its employees and agents of and from all liability and claims of any nature, whether known or unknown, resulting from the negligent performance of services or from any breach of express or implied warranty for defects in materials or parts, including any implied warranty of merchantability or fitness for a particular purpose. If it is properly notified, Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown will, however, remedy promptly at no charge any repair or maintenance service which was not performed by it in a skilled and workmanlike manner. An express mechanic's lien will attach to the vehicle to secure the total costs of the repairs. Acceptance of the vehicle by me or any authorized representatives will mean I ratify this agreement and release.

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | 30.00 |
| PARTS AMOUNT | 132.94 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 4.95 |
| TOTAL CHARGES | 167.89 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 10.08 |
| PLEASE PAY THIS AMOUNT | 177.97 |

Copyright 2014 DSK Global, LLC  SERVICE INVOICE TYPE 3 - B2C - MAD/AID

CUSTOMER COPY

CUSTOMER #: 69789

**206492**

INVOICE

**REEDMAN TOLL**

CHRYSLER DODGE JEEP RAM OF JENKINTOWN

ERIANNA LOTT-BECKLES

PAGE 1

140 Old York Road
Jenkintown, PA 19046
Phone: 215-690-3770
Fax: 215-690-3771
www.reedmantolledjrjenkintown.com

| BUS: | | CELL: | | SERVICE ADVISOR: | 1567 KEVIN NYCE | | |
|---|---|---|---|---|---|---|---|

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|---|
| | 22 | JEEP GRAND WAGONEER | | 1C4SJVGJ2NS110576 | | 22266/22267 | T7157 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 16NOV21 DD | | | 11:45 30NOV23 | | 225.00 | CASH | 24NOV23 |

| R.O. OPENED | | READY | OPTIONS: | DLR:60496 ENG:6.4_Liter | | | |
|---|---|---|---|---|---|---|---|
| 09:17 21NOV23 | | 16:10 24NOV23 | | | | | |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|

A General Concern #1 [CUSTOMER STATES VEHICLE STALLED OUT ON THEM -
    AFTER RE STARTING VEHICLE, VEHICLE WOULD NOT SHUT OFF - CHECK
    AND ADVISE]
CAUSE: TECHNICIAN TESTED BATTERY WITH MAXIMUS TESTER - BATTERY FAILED
    TEST
    DRIV1 General Concern #1 [CUSTOMER STATES VEHICLE
    STALLED OUT ON THEM - AFTER RE STARTING
    VEHICLE, VEHICLE WOULD NOT SHUT OFF - CHECK
    AND ADVISE]
        1185   WC                                      (N/C)
        1 BBH8A001AA BATTERY-STORAGE               (N/C)
        CORE CHARGE W                               (N/C)
        -1 BBH8A001AA CORE RETURN                 (N/C)
PARTS:      0.00 LABOR:      0.00 OTHER:     0.00   TOTAL LINE A:    0.00

    TECHNICIAN REMOVED AND REPLACED BATTERY
    CLEARED CODES AND TEST DROVE
    VEHICLE OPERATES NORMALLY
    ***************************************************

B Multi-point inspection (according to maintenance interval)
    MPI Multi-point inspection (according to
        maintenance interval)
        999  CPC                     0.00       0.00
PARTS:      0.00 LABOR:      0.00 OTHER:     0.00   TOTAL LINE B:    0.00
    ***************************************************

C Recall / Customer Satisfaction Notification 1 [Safety Recall A7A -
    Seatbelt Buckle **]
CAUSE: PARTS NOT AVAIABLE
    RECALL Recall / Customer Satisfaction
        Notification 1 [Safety Recall A7A - Seatbelt
        Buckle **]
        999  CPC                     0.00       0.00
PARTS:      0.00 LABOR:      0.00 OTHER:     0.00   TOTAL LINE C:    0.00
NO WORK PERFORMED

Any warranties on the product sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.

REPRESENTATIONS,AGREEMENTS AND RELEASE: I own the vehicles described above or am authorized to sign the contract for the owner. I authorize Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown to furnish required services and parts and to operate the vehicle on public highways and elsewhere to test and inspect it. I agree to pay Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown its regular charges for the services and parts furnished. If I do not pick up the vehicle within 48 hours after it is repaired, I will pay Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown a storage charge of $3.00 per day. Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown will not be liable for (a) any loss or damage to the vehicle or anything in it while it is in Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown possession, (b) any damage to the vehicle due to lack of antifreeze, or (c) any indirect, special or consequential damages arising out of any services, materials, or parts furnished by Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown. I release and forever discharge Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown, its employees and agents of and from all liability and claims of any nature, whether known or unknown, resulting from the negligent performance of services or from any breach of express or implied warranty for defects in materials or parts, including any implied warranty of merchantability or fitness for a particular purpose. If it is properly notified, Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown will, however, remedy promptly at no charge any repair or maintenance service which was not performed by it in a skilled and workmanlike manner. An express mechanic's lien will attach to the vehicle to secure the total costs of the repairs. Acceptance of the vehicle by me or any authorized representatives will mean I ratify this agreement and release.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 0.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 0.00 |
| TOTAL CHARGES | 0.00 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 0.00 |
| **PLEASE PAY THIS AMOUNT** | 0.00 |

Copyright 2014 DSK Global, LLC   SERVICE INVOICE TYPE 2 - B2C - MAGIMO

**CUSTOMER COPY**

CUSTOMER #: 69789

ERIANNA LOTT-BECKLES

207313

INVOICE

PAGE 1

# REEDMAN TOLL

CHRYSLER DODGE JEEP RAM OF JENKINTOWN

140 Old York Road
Jenkintown, PA 19046
Phone: 215-690-3770
Fax: 215-690-3771
www.reedmantolicdjrjenkintown.com

BUS:                CELL:

SERVICE ADVISOR: 1567 KEVIN NYCE

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|---|
| PW7 Bright | 22 | JEEP GRAND WAGONEER | | 1C4SJVGJ2NS110576 | | 23644/23645 | T7916 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 16NOV21 DD | | | WAIT 05JAN24 | | 230.00 | VM | 05JAN24 |

| R.O. OPENED | READY | OPTIONS: | DLR:60496 ENG:6.4 Liter |
|---|---|---|---|
| 09:32 05JAN24 | 16:39 05JAN24 | | |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|

```
A General Concern #1 [VEHICLE INSPECTION PER STELLANTIS]
     DRIV1 General Concern #1 [VEHICLE INSPECTION PER
           STELLANTIS]
           1093   CPC                                        681.87    681.87
PARTS:     0.00   LABOR:    681.87  OTHER:      0.00  TOTAL LINE A:    681.87
           ****************************************************
B Recall / Customer Satisfaction Notification 1 [Recall Customer
     Satisfaction Notification 1 ** A7A - 2022-2024 WS Seatbelt
     Buckle]
     RECALL Recall / Customer Satisfaction
            Notification 1 [Recall Customer Satisfaction
            Notification 1 ** A7A - 2022-2024 WS
            Seatbelt Buckle]
            1093  CPC                                           0.00      0.00
PARTS:     0.00   LABOR:     0.00  OTHER:      0.00  TOTAL LINE B:      0.00
     CUSTOMER DECLINED AT THIS TIME
           ****************************************************
CUSTOMER PAY SHOP CHARGE FOR REPAIR ORDER                               20.46
```

Any warranties on the product sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.

REPRESENTATIONS,AGREEMENTS AND RELEASE: I own the vehicles described above or am authorized to sign this contract for the owner. I authorize Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown to furnish required services and parts and to operate the vehicle on public highways and elsewhere to test and inspect it. I agree to pay Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown its regular charges for the services and parts furnished. If I do not pick up the vehicle within 48 hours after it is repaired, I will pay Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown a storage charge of $3.00 per day. Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown will not be liable for (a) any loss or damage to the vehicle or anything in it while it is in Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown possession, (b) any damage to the vehicle due to lack of antifreeze, or (c) any indirect, special or consequential damages arising out of any services, materials, or parts furnished by Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown. I release and forever discharge Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown, its employees and agents of and from all liability and claims of any nature, whether known or unknown, resulting from the negligent performance of services or from any breach of express or implied warranty for defects in materials or parts, including any implied warranty of merchantability or fitness for a particular purpose. If it is properly notified, Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown will, however, remedy promptly at no charge any repair or maintenance service which was not performed by it in a skilled and workmanlike manner. An express mechanic's lien will attach to the vehicle to secure the total costs of the repairs. Acceptance of the vehicle by me or any authorized representatives will mean I ratify this agreement and release.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 681.87 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 20.46 |
| TOTAL CHARGES | 702.33 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 42.14 |
| PLEASE PAY THIS AMOUNT | 744.47 |

Copyright 2014 DDK Global, LLC  SERVICE INVOICE TYPE 2 - B2C - MADAID

**CUSTOMER COPY**

CUSTOMER #: 69789

207722

INVOICE

**REEDMAN TOLL**

CHRYSLER DODGE JEEP RAM OF JENKINTOWN

ERIANNA LOTT-BECKLES

PAGE 1

140 Old York Road
Jenkintown, PA 19046
Phone: 215-690-3770
Fax: 215-690-3771
www.reedmantolledjrjenkintown.com

SERVICE ADVISOR: 1567 KEVIN NYCE

| BUS: | | CELL: | | | | | | |
|---|---|---|---|---|---|---|---|---|
| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN / OUT | | TAG |
| PW7 Bright | 22 | JEEP GRAND WAGONEER | | 1C4SJVGJ2NS110576 | | 24407/24408 | | T8798 |
| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE | |
| 16NOV21 DD | | | 11:15 26JAN24 | | 230.00 | VM | 26JAN24 | |
| R.O. OPENED | | READY | OPTIONS: | DLR:60496 ENG:6.4 Liter | | | | |
| 10:42 26JAN24 | | 14:03 26JAN24 | | | | | | |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|

A General Concern #1 [CUSTOMER STATES BACK PASSENGER TIRE IS LEAKING
    AIR - CHECK AND ADVISE]
    DRIV1 General Concern #1 [CUSTOMER STATES BACK
    PASSENGER TIRE IS LEAKING AIR - CHECK AND
    ADVISE]
        999  CPC                         0.00       0.00
PARTS:    0.00  LABOR:     0.00  OTHER:     0.00  TOTAL LINE A:    0.00
    \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

B General Concern #2 [CUSTOMER REQUESTS CABIN AIR FILTER CHANGED -
    $120.00]
    DRIV2 General Concern #2 [CUSTOMER REQUESTS CABIN
    AIR FILTER CHANGED - $120.00]
        1597  CPC                       80.00    80.00
    1 68548579AA FILTER-CABIN AIR        40.00    40.00    40.00
PARTS:   40.00  LABOR:    80.00  OTHER:     0.00  TOTAL LINE B:   120.00
    \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

C Change synthetic engine oil and filter [7qt. 0W40]
    LOFSYN Change synthetic engine oil and filter
    [7qt. 0W40]
        1597  CPC                       30.00    30.00
    7 68523970AA OIL-0W40           15.80    15.80   110.60
    1 4892339BH FILTER-ENGINE OIL      18.70    18.70    18.70
PARTS:  129.30  LABOR:    30.00  OTHER:     0.00  TOTAL LINE C:   159.30
    \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

D Multi-point inspection (according to maintenance interval)
    MPI Multi-point inspection (according to
    maintenance interval)
        999  CPC                          0.00       0.00
PARTS:    0.00  LABOR:     0.00  OTHER:     0.00  TOTAL LINE D:    0.00
    \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Any warranties on the product sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.

REPRESENTATIONS,AGREEMENTS AND RELEASE: I own the vehicles described above or am authorized to sign the contract for the owner. I authorize Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown to furnish required services and parts and to operate the vehicle on public highways and elsewhere to test and inspect it. I agree to pay Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown its regular charges for the services and parts furnished. If I do not pick up the vehicle within 48 hours after it is repaired, I will pay Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown a storage charge of $3.00 per day. Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown will not be liable for (a) any loss or damage to the vehicle or anything in it while it is in Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown possession, (b) any damage to the vehicle due to lack of antifreeze, or (c) any indirect, special or consequential damages arising out of any services, materials, or parts furnished by Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown. I release and forever discharge Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown, its employees and agents of and from all liability and claims of any nature, whether known or unknown, resulting from the negligent performance of services or from any breach of express or implied warranty for defects in materials or parts, including any implied warranty of merchantability or fitness for a particular purpose. If it is properly notified, Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown will, however, remedy promptly at no charge any repair or maintenance service which was not performed by it in a skilled and workmanlike manner. An express mechanic's lien will attach to the vehicle to secure the total costs of the repairs. Acceptance of the vehicle by me or any authorized representatives will mean I ratify this agreement and release.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

Copyright 2014 CDK Global, LLC.   SERVICE INVOICE TYPE 3 - B2C - MAG340

**CUSTOMER COPY**

CUSTOMER #: 69789

ERIANNA LOTT-BECKLES

207722

INVOICE

PAGE 2

**REEDMAN TOLL**
CHRYSLER DODGE JEEP RAM OF JENKINTOWN

140 Old York Road
Jenkintown, PA 19046
Phone: 215-690-3770
Fax: 215-690-3771
www.reedmantolledjrjenkintown.com

SERVICE ADVISOR: 1567 KEVIN NYCE

| BUS: | | CELL: | | | | | | |
|------|------|-------|---------|-----|---------|--------------|-----|
| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN / OUT | | TAG |

| PW7 Bright | 22 | JEEP GRAND WAGONEER | 1C4SJVGJ2NS110576 | | 24407/24408 | T8798 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|-----------|-----------|-----------|----------|--------|------|---------|-----------|
| 16NOV21 DD | | | 11:15 26JAN24 | | 230.00 | VM | 26JAN24 |

| R.O. OPENED | READY | OPTIONS: | DLR:60496 ENG:6.4 Liter |
|-------------|-------|----------|-------------------------|
| 10:42 26JAN24 | 14:03 26JAN24 | | |

LINE OPCODE TECH TYPE HOURS                                    LIST      NET      TOTAL
*****************************************************************
ESTIMATE: 164.45            26JAN24 10:42  SA: 1567
  CONTACT:
*****************************************************************

CUSTOMER PAY SHOP CHARGE FOR REPAIR ORDER                              8.38






Any warranties on the product sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.

REPRESENTATIONS,AGREEMENTS AND RELEASE: I own the vehicles described above or am authorized to sign this contract for the owner. I authorize Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown to furnish required services and parts and to operate the vehicle on public highways and elsewhere to test and inspect it. I agree to pay Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown its regular charges for the services and parts furnished. If I do not pick up the vehicle within 48 hours after it is repaired, I will pay Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown a storage charge of $3.00 per day. Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown will not be liable for (a) any loss or damage to the vehicle or anything in it while it is in Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown possession, (b) any damage to the vehicle due to lack of antifreeze, or (c) any indirect, special or consequential damages arising out of any services, materials, or parts furnished by Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown. I release and forever discharge Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown, its employees and agents of and from all liability and claims of any nature, whether known or unknown, resulting from the negligent performance of services or from any breach of express or implied warranty for defects in materials or parts, including any implied warranty of merchantability or fitness for a particular purpose. If it is properly notified, Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown will, however, remedy promptly at no charge any repair or maintenance service which was not performed by it in a skilled and workmanlike manner. An express mechanic's lien will attach to the vehicle to secure the total costs of the repairs. Acceptance of the vehicle by me or any authorized representatives will mean I ratify this agreement and release.

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | 110.00 |
| PARTS AMOUNT | 169.30 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 8.38 |
| TOTAL CHARGES | 287.68 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 17.26 |
| **PLEASE PAY THIS AMOUNT** | 304.94 |

Copyright 2014 DSK Global, LLC SERVICE INVOICE TYPE 2 - DSC - MADAID

**CUSTOMER COPY**

CUSTOMER #: 69789

210392

INVOICE

**REEDMAN TOLL**

CHRYSLER DODGE JEEP RAM OF JENKINTOWN

ERIANNA LOTT-BECKLES

PAGE 1

140 Old York Road
Jenkintown, PA 19046
Phone: 215-690-3770
Fax: 215-690-3771
www.reedmantolicdjrjenkintown.com

| BUS: | | CELL: | | SERVICE ADVISOR: | 1567 KEVIN NYCE | | | |
|------|------|-------|----------|------|---------|----------|-----|
| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN / OUT | TAG |
| PW7 Bright | 22 | JEEP GRAND WAGONEER | | 1C4SJVGJ2NS110576 | | 28858/28859 | T1219 |
| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
| 16NOV21 DD | | | 21:15 10JUN24 | | 230.00 | VM | 09JUL24 |
| R.O. OPENED | | READY | OPTIONS: | DLR:60496 ENG:6.4 Liter | | | |
| 15:53 10JUN24 | | 14:00 09JUL24 | | | | | |

| LINE OPCODE TECH TYPE HOURS | | | | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|

A General Concern #1 [CUSTOMER STATES MILEAGE IS BLINKING - CHECK AND
        ADVISE]
        DRIV1 General Concern #1 [CUSTOMER STATES MILEAGE
              IS BLINKING - CHECK AND ADVISE]
              999  CPC                                           0.00        0.00
PARTS:    0.00  LABOR:    0.00  OTHER:    0.00  TOTAL LINE A:        0.00
AMP WAS OFFLINE - SEE LINE G
        ****************************************************

B General Concern #2 [CUSTOMER STATES DRIVERS SIDE COOLING SEAT DOES
        NOT WORK AT ALL - CHECK AND ADVISE]
CAUSE: VISTUAL INSPECTION FOUND DUCT DISCONNECTEED UNDER DRIVER SEAT
        DRIV2 General Concern #2 [CUSTOMER STATES DRIVERS
              SIDE COOLING SEAT DOES NOT WORK AT ALL -
              CHECK AND ADVISE]
              999  WC                                                   (N/C)
PARTS:    0.00  LABOR:    0.00  OTHER:    0.00  TOTAL LINE B:        0.00
TECH REFIT DUCT AND SEAT IS NOW WORKING
        ****************************************************

C General Concern #3 [CUSTOMER STATES ALL THREE FRONT SCREENS GLITCH
        AND UCONNECT MESSAGE KEEPS POPPING UP - CHECK AND ADVISE]
        DRIV3 General Concern #3 [CUSTOMER STATES ALL
              THREE FRONT SCREENS GLITCH AND UCONNECT
              MESSAGE KEEPS POPPING UP - CHECK AND ADVISE]
              999  CPC                                           0.00        0.00
PARTS:    0.00  LABOR:    0.00  OTHER:    0.00  TOTAL LINE C:        0.00

RELATED TO LINE G
IF ISSUE PERSISTS, CUSTOMER TO CONTACT UCONNECT
        ****************************************************

D General Concern #4 [CUSTOMER STATES CENTER CONSOLE WAS ACCIDENTLY
        DAMAGED - PLEASE QUOTE AND ADVISE]
CAUSE: TECHNICIAN FOUND BIN COVER NOT REPAIRABLE
        DRIV4 General Concern #4 [CUSTOMER STATES CENTER
              CONSOLE WAS ACCIDENTLY DAMAGED - PLEASE

Any warranties on the product sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.

REPRESENTATIONS AND RELEASE: I own the vehicles described above or am authorized to sign this contract for the owner. I authorize Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown to furnish required services and parts and to operate the vehicle on public highways and elsewhere to test and inspect it. I agree to pay Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown its regular charges for the services and parts furnished. If I do not pick up the vehicle within 48 hours after it is repaired, I will pay Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown a storage charge of $3.00 per day. Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown will not be liable for (a) any loss or damage to the vehicle or anything in it while it is in Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown possession, (b) any damage to the vehicle due to lack of antifreeze, or (c) any indirect, special or consequential damages arising out of any services, materials, or parts furnished by Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown. I release and forever discharge Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown, its employees and agents of and from all liability and claims of any nature, whether known or unknown, resulting from the negligent performance of services or from any breach of express or implied warranty for defects in materials or parts, including any implied warranty of merchantability or fitness for a particular purpose. If it is properly notified, Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown will, however, remedy promptly at no charge any repair or maintenance service which was not performed by it in a skilled and workmanlike manner. An express mechanic's lien will attach to the vehicle to secure the total costs of the repairs. Acceptance of the vehicle by me or any authorized representatives will mean I ratify this agreement and release.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| **PLEASE PAY THIS AMOUNT** | |

Copyright 2014 DDK Global, LLC  SERVICE INVOICE TYPE 3 - B2C - MAGNID

**CUSTOMER COPY**

CUSTOMER #: 69789

210392

INVOICE

**REEDMAN TOLL**

CHRYSLER DODGE JEEP RAM OF JENKINTOWN

ERIANNA LOTT-BECKLES

PAGE 2

140 Old York Road
Jenkintown, PA 19046
Phone: 215-690-3770
Fax: 215-690-3771
www.reedmantolledjrjenkintown.com

SERVICE ADVISOR: 1567 KEVIN NYCE

| BUS: | | CELL: | | | | | | |
|------|---|-------|---|---|---|---|---|---|
| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN / OUT | | TAG |
| PW7 Bright | 22 | JEEP GRAND WAGONEER | | 1C4SJVGJ2NS110576 | | 28858/28859 | | T1219 |
| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | | INV. DATE |
| 16NOV21 DD | | | 21:15 10JUN24 | | 230.00 | VM | | 09JUL24 |
| R.O. OPENED | | READY | OPTIONS: | DLR:60496 ENG:6.4_Liter | | | | |
| 15:53 10JUN24 | | 14:00 09JUL24 | | | | | | |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|

QUOTE AND ADVISE]
```
          1093  CPC                                  345.00    345.00
        1 7JL53AAAAB BIN-ARMREST           1500.00  1500.00   1500.00
PARTS:   1500.00  LABOR:    345.00  OTHER:    0.00   TOTAL LINE D:  1845.00
TECHNICIAN REMOVED AND REPLACED BIN COVER
```
****************************************************

E Recall / Customer Satisfaction Notification 1 [Safety Recall A7A - Seatbelt Buckle **]
CAUSE: INSPECTED LEFT AND CENTER 3RD ROW SEAT BUCKLES - ALL OKAY
```
        RECALL Recall / Customer Satisfaction
               Notification 1 [Safety Recall A7A - Scatbelt
        Buckle **]
          999  WC                                             (N/C)
PARTS:    0.00  LABOR:    0.00  OTHER:    0.00   TOTAL LINE E:   0.00
RECALL COMPLETE
```
****************************************************

F Multi-point inspection (according to maintenance interval)
```
        MPI Multi-point inspection (according to
            maintenance interval)
          999  CPC                                  0.00      0.00
        1 4892339BH FILTER-ENGINE OIL      18.70    18.70     18.70
        7 68523970AA OIL-0W40              15.80    15.80    110.60
PARTS:   129.30  LABOR:    0.00  OTHER:    0.00   TOTAL LINE F:  129.30
```

PAID TECHNICIAN 1093 ON JUNE 21ST DURING CDK SHUTDOWN:
0.9 LINE B
0.2 LINE E
1.1 LINE G
0.3 LINE H
0.3 LINE J

****************************************************
G General Concern #5 [CUSTOMER STATES NO SOUND COMES OUT OF ANY SPEAKERS - CHECK AND ADVISE]
CAUSE: TECHNICIAN FOUND NO SOUND FROM RADIO - AMP OFFLINE

Any warranties on the product sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.

REPRESENTATIONS AGREEMENTS AND RELEASE: I own the vehicles described above or am authorized to sign the contract for the owner. I authorize Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown to furnish required services and parts and to operate the vehicle on public highways and elsewhere to test and inspect it. I agree to pay Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown its regular charges for the services and parts furnished. If I do not pick up the vehicle within 48 hours after it is repaired, I will pay Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown a storage charge of $3.00 per day. Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown will not be liable for (a) any loss or damage to the vehicle or anything in it while it is in Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown possession, (b) any damage to the vehicle due to lack of antifreeze, or (c) any indirect, special or consequential damages arising out of any services, materials, or parts furnished by Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown. I release and forever discharge Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown, its employees and agents of and from all liability and claims of any nature, whether known or unknown, resulting from the negligent performance of services or from any breach of express or implied warranty for defects in materials or parts, including any implied warranty of merchantability or fitness for a particular purpose. If it is properly notified, Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown will, however, remedy promptly at no charge any repair or maintenance service which was not performed by it in a skilled and workmanlike manner. An express mechanic's lien will attach to the vehicle to secure the total costs of the repairs. Acceptance of the vehicle by me or any authorized representatives will mean I ratify this agreement and release.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| **PLEASE PAY THIS AMOUNT** | |

Copyright 2014 CDK Global, LLC  SERVICE INVOICE TYPE 3 - B2C - MADAID

**CUSTOMER COPY**

CUSTOMER #: 69789

210392

**REEDMAN TOLL**
CHRYSLER DODGE JEEP RAM OF JENKINTOWN

INVOICE

ERIANNA LOTT-BECKLES

PAGE 3

140 Old York Road
Jenkintown, PA 19046
Phone: 215-690-3770
Fax: 215-690-3771
www.reedmantolledjrjenkintown.com

SERVICE ADVISOR: 1567 KEVIN NYCE

| BUS: | | CELL: | | | | | | |
|------|------|-------|---------|-----|---------|-------------|------|
| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN / OUT | TAG |
| PW7 Bright | 22 | JEEP GRAND WAGONEER | 1C4SJVGJ2NS110576 | | 28858/28859 | | T1219 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|-----------|------------|------------|----------|--------|------|---------|-----------|
| 16NOV21 DD | | | 21:15 10JUN24 | | 230.00 | VM | 09JUL24 |

| R.O. OPENED | READY | OPTIONS: | DLR:60496 ENG:6.4 Liter |
|-------------|-------|----------|-------------------------|
| 15:53 10JUN24 | 14:00 09JUL24 | | |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|

DRIV5 General Concern #5 [CUSTOMER STATES NO
        SOUND COMES OUT OF ANY SPEAKERS - CHECK AND
        ADVISE]
        999   WC                                                (N/C)
PARTS:    0.00  LABOR:      0.00  OTHER:    0.00  TOTAL LINE G:    0.00

CHECKED FUSES F40 AND F67 IN REAR PDC - BOTH FUSES GOOD
LOAD TESTED CIRCUITS A931RD AND A934RD - PASSED
LOAD TESTED CIRCUITS Z945 ANT CONNECTOR C1 AND C2 - BOTH PASSED
DISCONNECTED AND RECONNECTED AMP - AMP NOW WORKING
*****************************************************
H CUSTOMER STATES CRUSE CONTROL DOES NOT STAY ON - CHECK AND ADVISE
CAUSE: FOUND FLASH FOR CADM
        GEN GENERAL CONCERN
        999   WC                                                (N/C)
PARTS:    0.00  LABOR:      0.00  OTHER:    0.00  TOTAL LINE H:    0.00
FOLLOWED TSB 08-200-22
*****************************************************
I Interior Concern [CUSTOMER STATES WHEN PHONE WAS ON WIRELESS CHARGER,
        MESSAGE APPEARED SAYING TO DISCONNECT PHONE DUE TO SERGE
        DETECTED - CHECK AND ADVISE]
        TRI Interior Concern [CUSTOMER STATES WHEN PHONE
        WAS ON WIRELESS CHARGER, MESSAGE APPEARED
        SAYING TO DISCONNECT PHONE DUE TO SERGE
        DETECTED - CHECK AND ADVISE]
        999   CPC                               0.00          0.00
PARTS:    0.00  LABOR:      0.00  OTHER:    0.00  TOTAL LINE I:    0.00
COULD NOT DUPLICATE
*****************************************************
J PENNZOIL GOLD SYNTHETIC BLEND OIL CHANGE
        LOF PENNZOIL GOLD SYNTHETIC BLEND OIL CHANGE
        999   CPC                              30.00         30.00
        WASHER FLUID                            1.00          1.00
        HW HAZARDOUS WASTE CHARGE               1.50          1.50

Any warranties on the product sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.

REPRESENTATIONS,AGREEMENTS,AND RELEASE: I own the vehicles described above or am authorized to sign the contract for the owner. I authorize Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown to furnish required services and parts and to operate the vehicle on public highways and elsewhere to test and inspect it. I agree to pay Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown its regular charges for the services and parts furnished. If I do not pick up the vehicle within 48 hours after it is repaired, I will pay Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown a storage charge of $3.00 per day. Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown will not be liable for (a) any loss or damage to the vehicle or anything in it while it is in Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown possession, (b) any damage to the vehicle due to lack of antifreeze, or (c) any indirect, special or consequential damages arising out of any services, materials, or parts furnished by Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown. I release and forever discharge Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown, its employees and agents of and from all liability and claims of any nature, whether known or unknown, resulting from the negligent performance of services or from any breach of express or implied warranty for defects in materials or parts, including any implied warranty of merchantability or fitness for a particular purpose. If it is properly notified, Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown will, however, remedy promptly at no charge any repair or maintenance service which was not performed by it in a skilled and workmanlike manner. An express mechanic's lien will attach to the vehicle to secure the total costs of the repairs. Acceptance of the vehicle by me or any authorized representatives will mean I ratify this agreement and release.

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| **PLEASE PAY THIS AMOUNT** | |

Copyright 2014 DDK Global, LLC  SERVICE INVOICE TYPE 2 - B2C - MADJ4D

**CUSTOMER COPY**

CUSTOMER #: 69789

210392

**REEDMAN TOLL**

CHRYSLER DODGE JEEP RAM OF JENKINTOWN

INVOICE

ERIANNA LOTT-BECKLES

PAGE 4

140 Old York Road
Jenkintown, PA 19046
Phone: 215-690-3770
Fax: 215-690-3771
www.reedmantollcdjrjenkintown.com

SERVICE ADVISOR: 1567 KEVIN NYCE

| BUS: | | CELL: | | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|---|---|---|---|---|---|---|---|
| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN / OUT | TAG |
| PW7 Bright | 22 | JEEP GRAND WAGONEER | | 1C4SJVGJ2NS110576 | | 28858/28859 | T1219 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|---|---|---|---|---|---|---|---|
| 16NOV21 DD | | | 21:15 10JUN24 | | 230.00 | VM | 09JUL24 |

| R.O. OPENED | READY | OPTIONS: | DLR:60496 ENG:6.4_Liter |
|---|---|---|---|
| 15:53 10JUN24 | 14:00 09JUL24 | | |

| LINE | OPCODE | TECH | TYPE HOURS | | | LIST | NET | TOTAL |
|---|---|---|---|---|---|---|---|---|
| | 1 | 4892339BH | FILTER-ENGINE OIL | | | 20.00 | 20.00 | 20.00 |
| | 5 | 68523970AA | OIL-0W40 | | | 13.99 | 13.99 | 69.95 |
| | 2 | 68523970AA | OIL-0W40 | | | 13.20 | 13.20 | 26.40 |

PARTS:    116.35   LABOR:      30.00  OTHER:      2.50   TOTAL LINE J:      148.85

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CUSTOMER PAY SHOP CHARGE FOR REPAIR ORDER                29.95











Any warranties on the product sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.

REPRESENTATIONS,AGREEMENTS AND RELEASE: I own the vehicles described above or am authorized to sign this contract for the owner. I authorize Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown to furnish required services and parts and to operate the vehicle on public highways and elsewhere to test and inspect it. I agree to pay Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown its regular charges for the services and parts furnished. If I do not pick up the vehicle within 48 hours after it is repaired, I will pay Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown a storage charge of $3.00 per day. Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown will not be liable for (a) any loss or damage to the vehicle or anything in it while it is in Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown possession, (b) any damage to the vehicle due to lack of antifreeze, or (c) any indirect, special or consequential damages arising out of any services, materials, or parts furnished by Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown. I release and forever discharge Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown, its employees and agents of and from all liability and claims of any nature, whether known or unknown, resulting from the negligent performance of services or from any breach of express or implied warranty for defects in materials or parts, including any implied warranty of merchantability or fitness for a particular purpose. If it is properly notified, Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown will, however, remedy promptly at no charge any repair or maintenance service which was not performed by it in a skilled and workmanlike manner. An express mechanic's lien will attach to the vehicle to secure the total costs of the repairs. Acceptance of the vehicle by me or any authorized representatives will mean I ratify this agreement and release.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | 375.00 |
| PARTS AMOUNT | 1745.65 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 32.45 |
| TOTAL CHARGES | 2153.10 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 129.13 |
| **PLEASE PAY THIS AMOUNT** | 2282.23 |

Copyright 2014 DSK Global, LLC  SERVICE INVOICE TYPE 3 - B2C - MASTAND

**CUSTOMER COPY**

CUSTOMER #: 69789

215503

INVOICE

**REEDMAN TOLL**

CHRYSLER DODGE JEEP RAM OF JENKINTOWN

ERIANNA LOTT-BECKLES

PAGE 1

140 Old York Road
Jenkintown, PA 19046
Phone: 215-690-3770
Fax: 215-690-3771
www.reedmantollcdjrjenkintown.com

| BUS: | | CELL: | | SERVICE ADVISOR: | 1567 KEVIN NYCE | | | |
| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN / OUT | | TAG |
| PW7 Bright | 22 | JEEP GRAND WAGONEER | | 1C4SJVGJ2NS110576 | | 42302/42303 | | T164 |
| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | | INV. DATE |
| 16NOV21 DD | | | 13:00 25MAR25 | | 230.00 | VM | | 28MAR25 |
| R.O. OPENED | | READY | OPTIONS: | DLR:60496 ENG:6.4_Liter | | | | |
| 12:19 25MAR25 | | 12:41 28MAR25 | | | | | | |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|

A Change synthetic engine oil and filter [7qt. 0W40]
       LOFSYN Change synthetic engine oil and filter
       [7qt. 0W40]
             1604  CPC

| | | 30.00 | 30.00 |
| 1 4892339BH FILTER-ENGINE OIL | 20.00 | 20.00 | 20.00 |
| 5 50040856AA OIL-0W40 | 13.99 | 13.99 | 69.95 |
| 2 50040856AA OIL-0W40 | 13.10 | 13.10 | 26.20 |
| PARTS:    116.15  LABOR:      30.00  OTHER:      0.00  TOTAL LINE A: | | | 146.15 |

****************************************************
B General Concern #1 [CUSTOMER STATES AIR DOES NOT BLOW OUT FRONT VENTS
        - CHECK AND ADVISE]
       DRIV1 General Concern #1 [CUSTOMER STATES AIR
             DOES NOT BLOW OUT FRONT VENTS - CHECK AND
             ADVISE]
             1616  CPC
                                              250.00    250.00
       GEN REPLACE BLOWER MOTOR
             1616  CPC
                                              230.00    230.00
       1 68396057AD MOTOR-BLOWER WITH WHEEL    111.00    111.00    111.00
PARTS:    111.00  LABOR:     480.00  OTHER:      0.00  TOTAL LINE B:    591.00

TECHNICIAN FOUND ACTIVE HVAC CODE B10E8-12 FOR BLOW MOTOR CONTROL
CIRCUIT SHORT TO BATTERY
MOTOR FOUND TO BE INTERNALLY SHORTED
REMOVED AND REPLACED BLOWER MOTOR
HEAT AND AC WORK AS DESIGNED AT THIS TIME
****************************************************
C General Concern #2 [CUSTOMER STATES CHECK ENGINE LIGHT IS ON - CHECK
        AND ADVISE]
       DRIV2 General Concern #2 [CUSTOMER STATES CHECK
             ENGINE LIGHT IS ON - CHECK AND ADVISE]
             999  CPC
                                                0.00      0.00
PARTS:      0.00  LABOR:       0.00  OTHER:      0.00  TOTAL LINE C:      0.00

CHECK ENGINE LIGHT NOT PRESENT UPON ARRIVAL

Any warranties on the product sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.

REPRESENTATIONS,AGREEMENTS AND RELEASE: I own the vehicles described above or am authorized to sign this contract for the owner. I authorize Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown to furnish required services and parts and to operate the vehicle on public highways and elsewhere to test and inspect it. I agree to pay Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown its regular charges for the services and parts furnished. If I do not pick up the vehicle within 48 hours after it is repaired, I will pay Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown a storage charge of $3.00 per day. Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown will not be liable for (a) any loss or damage to the vehicle or anything in it while it is in Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown possession, (b) any damage to the vehicle due to lack of antifreeze, or (c) any indirect, special or consequential damages arising out of any services, materials, or parts furnished by Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown. I release and forever discharge Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown, its employees and agents of and from all liability and claims of any nature, whether known or unknown, resulting from the negligent performance of services or from any breach of express or implied warranty for defects in materials or parts, including any implied warranty of merchantability or fitness for a particular purpose. If it is properly notified, Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown will, however, remedy promptly at no charge any repair or maintenance service which was not performed by it in a skilled and workmanlike manner. An express mechanic's lien will attach to the vehicle to secure the total costs of the repairs. Acceptance of the vehicle by me or any authorized representatives will mean I ratify this agreement and release.

| DESCRIPTION | TOTALS |
|---|---|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| PLEASE PAY THIS AMOUNT | |

Copyright 2014 CDK Global, LLC  SERVICE INVOICE TYPE 3 - B2C - MAD/AD

**CUSTOMER COPY**

CUSTOMER #: 69789

ERIANNA LOTT-BECKLES

215503

INVOICE

PAGE 2

**REEDMAN TOLL**
CHRYSLER DODGE JEEP RAM OF JENKINTOWN

140 Old York Road
Jenkintown, PA 19046
Phone: 215-690-3770
Fax: 215-690-3771
www.reedmantolldjrjenkintown.com

| BUS: | | CELL: | | | SERVICE ADVISOR: | 1567 KEVIN NYCE | | | |
|------|------|------------|----------|-----|------------------|----------------|------------------|-----|
| COLOR | YEAR | MAKE/MODEL | | | VIN | LICENSE | MILEAGE IN / OUT | TAG |
| PW7 Bright | 22 | JEEP GRAND WAGONEER | | | 1C4SJVGJ2NS110576 | | 42302/42303 | T164 |
| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | | PO NO. | RATE | PAYMENT | INV. DATE |
| 16NOV21 DD | | | 13:00 25MAR25 | | | 230.00 | VM | 28MAR25 |
| R.O. OPENED | | READY | OPTIONS: | DLR:60496 ENG:6.4 Liter | | | | |
| 12:19 25MAR25 | | 12:41 28MAR25 | | | | | | |

| LINE OPCODE TECH TYPE HOURS | LIST | NET | TOTAL |
|---|---|---|---|

```
    STORED PCM CODE C0604 FOR ACTIVE AIR DAM
    COMPUTER HAS THREE GOOD TRIPS SINCE CHECK ENGINE LIGHT CAME ON
    AIR DAM IS WORKING AS DESIGNED
    NO TROUBLE FOUND
              ****************************************************
D Multi-point inspection (according to maintenance interval)
    MPI Multi-point inspection (according to
         maintenance interval)
              999   CPC                                     0.00        0.00
PARTS:        0.00  LABOR:      0.00  OTHER:       0.00  TOTAL LINE D:       0.00
              ****************************************************
E General Concern #3 [CERTIFIED PRE-OWNED LIMITED WARRANTY]
    DRIV3 General Concern #3 [CERTIFIED PRE-OWNED
         LIMITED WARRANTY]
              999   CPC                                     0.00        0.00
PARTS:        0.00  LABOR:      0.00  OTHER:       0.00  TOTAL LINE E:       0.00
              ****************************************************

*********************************************************************
ESTIMATE: 150.70              25MAR25 12:19   SA: 1567
    CONTACT:
*********************************************************************

CUSTOMER PAY SHOP CHARGE FOR REPAIR ORDER                          22.11
```

Any warranties on the product sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.

REPRESENTATIONS,AGREEMENTS AND RELEASE: I own the vehicles described above or am authorized to sign this contract for the owner. I authorize Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown to furnish required services and parts and to operate the vehicle on public highways and elsewhere to test and inspect it. I agree to pay Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown its regular charges for the services and parts furnished. If I do not pick up the vehicle within 48 hours after it is repaired, I will pay Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown a storage charge of $3.00 per day. Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown will not be liable for (a) any loss or damage to the vehicle or anything in it while it is in Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown possession, (b) any damage to the vehicle due to lack of antifreeze, or (c) any indirect, special or consequential damages arising out of any services, materials, or parts furnished by Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown. I release and forever discharge Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown, its employees and agents of and from all liability and claims of any nature, whether known or unknown, resulting from the negligent performance of services or from any breach of express or implied warranty for defects in materials or parts, including any implied warranty of merchantability or fitness for a particular purpose. If it is properly notified, Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown will, however, remedy promptly at no charge any repair or maintenance service which was not performed by it in a skilled and workmanlike manner. An express mechanic's lien will attach to the vehicle to secure the total costs of the repairs. Acceptance of the vehicle by me or any authorized representatives will mean I ratify this agreement and release.

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | 510.00 |
| PARTS AMOUNT | 227.15 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 22.11 |
| TOTAL CHARGES | 759.26 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 45.56 |
| **PLEASE PAY THIS AMOUNT** | 804.82 |

Copyright 2014 CDK Global, LLC  SERVICE INVOICE TYPE 2 - B2C - MAD4HD

**CUSTOMER COPY**

CUSTOMER #: 69789

216103

**REEDMAN TOLL**

CHRYSLER DODGE JEEP RAM OF JENKINTOWN

*INVOICE*

ERIANNA LOTT-BECKLES

PAGE 1

140 Old York Road
Jenkintown, PA 19046
Phone: 215-690-3770
Fax: 215-690-3771
www.reedmantolledjrjenkintown.com

SERVICE ADVISOR: 1567 KEVIN NYCE

BUS:                  CELL:

| COLOR | YEAR | MAKE/MODEL | VIN | LICENSE | MILEAGE IN / OUT | TAG |
|-------|------|------------|-----|---------|------------------|-----|
| PW7 Bright | 22 | JEEP GRAND WAGONEER | 1C4SJVGJ2NS110576 | | 43642/43642 | T913 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|-----------|-----------|-----------|----------|--------|------|---------|-----------|
| 16NOV21 DD | | | 16:30 28APR25 | | 230.00 | CASH | 30APR25 |

| R.O. OPENED | READY | OPTIONS: | DLR:60496 ENG:6.4_Liter |
|-------------|-------|----------|--------------------------|
| 16:01 28APR25 | 11:11 30APR25 | | |

LINE OPCODE TECH TYPE HOURS                          LIST        NET      TOTAL

A General Concern #1 [CUSTOMER STATES SMOKE IS BLOWING OUT VENTS
          CAUSING CONDENSATION ON WINDSHEILD - CHECK AND ADVISE]
     DRIV1 General Concern #1 [CUSTOMER STATES SMOKE
          IS BLOWING OUT VENTS CAUSING CONDENSATION ON
          WINDSHEILD - CHECK AND ADVISE]
          1616    CPC                                250.00     250.00
PARTS:    0.00 LABOR:    250.00 OTHER:    0.00  TOTAL LINE A:   250.00

  TECHNICIAN FOUND HEATER CORE LEAKING COOLANT ON TO FRONT CARPETS
  RECOMMENDATION IS TO REPLACE HEATER CORE AND FRONT CARPETS
  HEATER CORE - 68524071AA - $25.45
  FRONT CARPET LEFT - 6LF75TX7AD - $330.00
  FRONT CARPET RIGHT - 6LG42TX7AB - $270.00
  COOLANT - 68163848AC - $34.20
  LABOR TO REMOVE DASHBOARD, REMOVE AND REPLACE HEATER CORE, REMOVE
  AND REPLACE FRONT CARPETS, DEODORIZE VEHICLE AND REASSEMBLE - 10 HOURS
  - $2,300.00
  TOTAL REPAIR - $2,959.65
  ****************************************************
B General Concern #2 [CUSTOMER STATES DRIVERS FRONT HEATED SEAT DOES
          NOT WORK - CHECK AND ADVISE]
     DRIV2 General Concern #2 [CUSTOMER STATES DRIVERS
          FRONT HEATED SEAT DOES NOT WORK - CHECK AND
          ADVISE]
          1616    CPC                                  0.00       0.00
PARTS:    0.00 LABOR:    0.00 OTHER:      0.00  TOTAL LINE B:     0.00

  TECHNICIAN FOUND RADIO TO GLITCH WHEN HEATED SEAT IS TURNED ON
  INTERNAL FAILURE IN RADIO
  RECOMMENDATION IS TO REPLACE RADIO
  PART - Z8527730AJ - $268.00
  LABOR TO INSTALL - $230.00
  TOTAL REPAIR - $498.00 PLUS TAX
  ****************************************************

Any warranties on the product sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.

REPRESENTATIONS,AGREEMENTS,AND RELEASE: I own the vehicles described above or am authorized to sign this contract for the owner I authorize Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown to furnish required services and parts and to operate the vehicle on public highways and elsewhere to test and inspect it. I agree to pay Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown its regular charges for the services and parts furnished. If I do not pick up the vehicle within 48 hours after it is repaired, I will pay Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown a storage charge of $3.00 per day. Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown will not be liable for (a) any loss or damage to the vehicle or anything in it while it is in Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown possession, (b) any damage to the vehicle due to lack of antifreeze, or (c) any indirect, special or consequential damages arising out of any services, materials, or parts furnished by Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown. I release and forever discharge Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown, its employees and agents of and from all liability and claims of any nature, whether known or unknown, resulting from the negligent performance of services or from any breach of express or implied warranty for defects in materials or parts, including any implied warranty of merchantability or fitness for a particular purpose. If it is properly notified, Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown will, however, remedy promptly at no charge any repair or maintenance service which was not performed by it in a skilled and workmanlike manner. An express mechanic's lien will attach to the vehicle to secure the total costs of the repairs. Acceptance of the vehicle by me or any authorized representatives will mean I ratify this agreement and release.

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | |
| PARTS AMOUNT | |
| GAS, OIL, LUBE | |
| SUBLET AMOUNT | |
| MISC. CHARGES | |
| TOTAL CHARGES | |
| LESS INSURANCE | |
| SALES TAX | |
| **PLEASE PAY THIS AMOUNT** | |

Copyright 2014 CDK Global, LLC  SERVICE INVOICE TYPE 2 - B2C - RMDAIO

**CUSTOMER COPY**

CUSTOMER #: 69789

216103

**REEDMAN TOLL**

CHRYSLER DODGE JEEP RAM OF JENKINTOWN

*INVOICE*

ERIANNA LOTT-BECKLES

PAGE 2
.com

140 Old York Road
Jenkintown, PA 19046
Phone: 215-690-3770
Fax: 215-690-3771
www.reedmantolledjrjenkintown.com

SERVICE ADVISOR: 1567 KEVIN NYCE

| BUS: | | CELL: | | | | | | |
|------|------|-------|-------|-----|-----|-----|-----|-----|

| COLOR | YEAR | MAKE/MODEL | | VIN | LICENSE | MILEAGE IN / OUT | | TAG |
|-------|------|------------|--|-----|---------|------------------|--|-----|
| PW7 Bright | 22 | JEEP GRAND WAGONEER | | 1C4SJVGJ2NS110576 | | 43642/43642 | | T913 |

| DEL. DATE | PROD. DATE | WARR. EXP. | PROMISED | PO NO. | RATE | PAYMENT | INV. DATE |
|-----------|------------|------------|----------|--------|------|---------|-----------|
| 16NOV21 DD | | | 16:30 28APR25 | | 230.00 | CASH | 30APR25 |

| R.O. OPENED | READY | OPTIONS: | DLR:60496 ENG:6.4 Liter |
|-------------|-------|----------|--------------------------|
| 16:01 28APR25 | 11:11 30APR25 | | |

| LINE OPCODE TECH TYPE HOURS | | | | | LIST | NET | TOTAL |
|-----------------------------|--|--|--|--|------|-----|-------|

C Multi-point inspection (according to maintenance interval)
   MPI Multi-point inspection (according to
       maintenance interval)
          1616  CPC                                          0.00        0.00
PARTS:    0.00  LABOR:      0.00  OTHER:      0.00  TOTAL LINE C:       0.00
          ****************************************************
CUSTOMER PAY SHOP CHARGE FOR REPAIR ORDER                                7.50









Any warranties on the product sold hereby are these made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.

REPRESENTATIONS,AGREEMENTS AND RELEASE: I own the vehicles described above or am authorized to sign this contract for the owner. I authorize Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown to furnish required services and parts and to operate the vehicle on public highways and elsewhere to test and inspect it. I agree to pay Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown its regular charges for the services and parts furnished. If I do not pick up the vehicle within 48 hours after it is repaired, I will pay Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown a storage charge of $3.00 per day. Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown will not be liable for (a) any loss or damage to the vehicle or anything in it while it is in Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown possession, (b) any damage to the vehicle due to lack of antifreeze, or (c) any indirect, special or consequential damages arising out of any services, materials, or parts furnished by Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown. I release and forever discharge Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown, its employees and agents of and from all liability and claims of any nature, whether known or unknown, resulting from the negligent performance of services or from any breach of express or implied warranty for defects in materials or parts, including any implied warranty of merchantability or fitness for a particular purpose. If it is properly notified, Reedman Toll Chrysler Dodge Jeep Ram of Jenkintown will, however, remedy promptly at no charge any repair or maintenance service which was not performed by it in a skilled and workmanlike manner. An express mechanic's lien will attach to the vehicle to secure the total costs of the repairs. Acceptance of the vehicle by me or any authorized representatives will mean I ratify this agreement and release.

| DESCRIPTION | TOTALS |
|-------------|--------|
| LABOR AMOUNT | 250.00 |
| PARTS AMOUNT | 0.00 |
| GAS, OIL, LUBE | 0.00 |
| SUBLET AMOUNT | 0.00 |
| MISC. CHARGES | 7.50 |
| TOTAL CHARGES | 257.50 |
| LESS INSURANCE | 0.00 |
| SALES TAX | 15.45 |
| **PLEASE PAY THIS AMOUNT** | 272.95 |

Copyright 2014 DSK Global, LLC  SERVICE INVOICE TYPE 2 - B2C - MAGNID

**CUSTOMER COPY**



Chery Hill Dodge Chrysler Jeep

Service (856) 665-9000 Parts (856) 362-1690
www.cheryhillerix.com

ERIANNA LOTT-BECKLER

| VEHICLE ID | MILES IN | MILES OUT | DATE/TIME IN | DATE OUT | INVOICE NO |
|---|---|---|---|---|---|
| 1C4SJVGJ2NS110576 | 43675 | 43880 | 05/01/25 09:34 | 05/02/25 | 88664 |

VEHICLE DESCRIPTION

| CONTROL NO | LICENSE PLATE NO | 2022 JEEP GRAND WAGO | | TAG NO | STATUS |
|---|---|---|---|---|---|
| 376092 | | CUST. LABOR RATE | PROD DATE | N-SERV DATE | DELIV. DATE | DELIV. MILES | COMPLETE |
| CELL | PHONE 2 | PHONE 1 | STOCK NO | SERV. ADV | TERMS |

Cash

JARRETT MERKIN (JDM)

| Line | Op-Code | Fail Code | Tech | Hours | Type | Amount |
|---|---|---|---|---|---|---|
| A * | | | A16 | | Customer | $2,557.51 |

Concern    Customer states REPLACE HEATER CORE
Cause      vehicle diagnosed at reedman toll dodge, found heater core leaking, replace
           heater core
Correction REPLACED HEATER CORE, TESTED AND VERIFIED NO LEAKS PRESENT,
           VEHICLE FUNCTIONING AS DESIGNED, HAD VEHICLE DETAILED AND
           DECONTAMINATED FROM COOLANT BEING UNDER RUGS

| Part Number | Description | Qty. | Unit Price | Ext. Price |
|---|---|---|---|---|
| 68524071AA | CORE   HEATE | 1 | $79.99 | $79.99 |
| 68163849AC | ANTIFREEZE | 2 | $31.25 | $62.50 |
| | | | Parts Total... | $142.49 |
| | | | Line Total... | $2,700.00 |

Warranty Claim Type: W        Authorization Code:              Service Cont No:

05/02/25 13:58              INVOICE              CUSTOMER COPY              Page 1 of 2



91605 LOT

Cherry Hill Dodge Chrysler Jeep

Service (856) 665-9000 Parts (856) 382-1690
www.cherryhilltriplex.com

**DODGE**
**CHRYSLER**
**Jeep**

| | VEHICLE ID | MTR IN | MILES OUT | DATE/TIME IN | DATE OUT | INVOICE NO |
|---|---|---|---|---|---|---|
| ERIANNA LOTT-BECKLES | 1C4SJVGJ2NS113576 | 46773 | 46774 | 06/25/25 09:29 | 06/25/25 | 91605 |
| | VEHICLE DESCRIPTION | | | TAG NO | | STATUS |
| | 2022 JEEP GRAND WAGO | | | | | COMPLETE |
| CONTRACT NO. | LICENSE PLATE NO. | CUST LABOR RATE | PROD DATE | IN-SERV DATE | DELIV DATE | DELIV MILES | TERMS |
| 376082 | | | | | | | Cash |
| CELL | PHONE 2 | PHONE 3 | STOCK NO. | | | | NO COMMENT |

SERV. ADV.
JOHNNY CHEN (JC2)

| Line | Op-Code | Fail Code | Tech | Hours | Type | Amount |
|---|---|---|---|---|---|---|
| A | | | A16 | | Customer | $1,125.00 |

Concern    Customer states AC IS NOT BLOWING COLD ENOUGH.
Correction  NEEDS NEW AC ACTUATOR. TECH REPLACED AC ACTUATOR.

| Part Number | Description | Qty | Unit Price | Ext. Price |
|---|---|---|---|---|
| 68396082AB | ACTUATOR A/C A | 1 | $56.00 | $56.00 |

Parts Total... $56.00

Line Total... $1,181.00

Warranty Claim Type: W    Authorization Code:    Service Cont No:

Totals

| | Amount |
|---|---|
| Labor | $1,125.00 |
| Parts | $56.00 |
| SalesTax | $78.24 |
| Total Amount Due | $1,259.24 |

Amount Due    $1,259.24

**STATEMENT OF DISCLAIMER**

The factory warranty constitutes all of the warranties with respect to the sale of this item/items. The Seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose. Seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this item/items.

On behalf of servicing dealer, I hereby certify that the information contained herein is accurate unless otherwise shown. Warranty services described were performed at no charge to owner. There was no indication from the appearance of the vehicle or otherwise, that any part repaired or replaced under this claim had been connected in any way with any accident, negligence, or misuse. Records substantiating this claim are available for (1) year from date of payment notification at the servicing dealer for inspection by manufacturer's representative.

X _____
CUSTOMER SIGNATURE

X _____
(SIGNED)  DEALER, GENERAL MANAGER OR AUTHORIZED PERSON
(DATE)

06/26/25 13:49          INVOICE          CUSTOMER COPY          Page 1 of 1

# EXHIBIT D



## CERTIFICATE OF MAILING

On: April 10, 2025
The United States Postal Service verified acceptance and mailing of the enclosed documents marked with the CASEMAIL ID, postage pre-paid with sufficient postage, to the following recipients

**ON BEHALF OF:**

Lemon Law Group Partners PLC
3323 163rd St, Suite 504
North Miami Beach,FL 33160

**RECIPIENT:**

FCA US LLC
PO Box 218004
Auburn Hills, MI 48321-8004

### MAILING HISTORY

**Observations:**

| | |
|---|---|
| MAILED ON: | April 10, 2025 |
| POSTAGE TYPE: | First Class Certified Mail with Return Signature |
| CASEMAIL ID: | CM-0623-95796.01 |
| USPS BARCODE: | 9214890132473400218557 0795 |

**USPS SCAN**



**CASEMAIL ID**

CM-0623-95796.01

### CONTENT VERIFICATION



Copies of documents, along with applicable mailing certificates and delivery certificates, are archived and accessible to authorized parties.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have mailed/served the above-referenced document(s) on the mailing list attached hereto in the manner shown and prepared on the Declaration of Mailing / Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

**DATE:** April 10, 2025



DIGITAL STAMP:

/S/ Joe L. Ruiz

Vertrius, Corp.
d/b/a CASEMAIL
16192 Coastal Highway
Lewes, DE 19958


Approved Postal Provider ®

www.CaseMail.us



CERT FORM: USPS 101

# USPS CERTIFED MAIL®

## CERTIFICATE OF DELIVERY

The following information displayed in this certificate was provided by the United States Postal Services
and verified by VerTrius d/b/a CaseMail. If signature is required of the recipient, a request must be made prior to mailing.

### United States Postal Service Certified Mail ®

**Sender:**
Lemon Law Group Partners PLC
3323 163rd St
Suite 504
North Miami Beach, FL 33160

**DELIVERY STATUS VERIFIED BY USPS**

**1. Article Addressed to:**
FCA US LLC
PO Box 218004
Auburn Hills, MI 48321-8004

**DATE OF DELIVERY:** April 14, 2025 11:01 am

**USPS DELIVERY SCAN:**
Your item was picked up at a postal facility at 11:01 am on April 14, 2025 in AUBURN HILLS, MI 48326.

**2. Article Number:** 9214890132473400218557 0795

**3. CaseMail ID:** CM-0623-95796.01

**4. Proof of Postage:**

Copy of documents attached hereto stamped with the above listed CaseMail ID were enclosed, mailed, and delivered by the United States Postal Service.

VerTrius Certificate Form: USPS 101                 Copyright 2019

PROOF OF POSTAGE PAID:



PROOF OF POSTAGE PAID:



PROOF OF MAILING:

USPS® verified acceptance of the attached documents with sufficient postage paid and were mailed on the date listed below:

4/10/2025

CONTENT VERIFICATION:

CaseMail ID:

**CM-0623-95796.01**

# Document / Content Verification



Copy of mailed documents attached hereto with the above listed CaseMail ID were enclosed, mailed, and delivered by the United States Postal Service.  Copies of documents along with applicable certificates of mailing and certificates of delivery are archived and accessible to authorized parties for 10 years.  Request for copies can be made at **www.CaseMail.us/certificates**

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have mailed/served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared on the Declaration of Mailing / Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

Dated:  April 14, 2025 11:01 am

Joe L. Ruiz
VerTrius, Corp.
d/b/a  CaseMail
16192 Coastal Highway
Lewes,  DE 19958

Copyright 2019 by VerTrius Corp All Rights Reserved



April 15, 2025

Dear C2M LLC:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9214 8901 3247 3400 2185 5707 95**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | April 14, 2025, 11:01 a.m. |
| **Location:** | AUBURN HILLS, MI 48326 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| **Recipient Name:** | FCA US LLC |
| **Reference(s):** | 848463, 218557079 |

**Recipient Signature**



Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# LEMON LAW GROUP PARTNERS PLC

Attorneys and Counselors at Law
Penn Center East Monroeville
201 Penn Center Boulevard, Suite 400
Pittsburgh, PA 25235

Telephone (888) 415-0610
Facsimile (888) 809-7010
Email: info@lemonlawgrouppartners.com

April 8, 2025

FCA US LLC
P.O. Box 21-8004
Auburn Hills, MI 48321-8004

Re: Nigel Beckles
      Vehicle: 2022 Jeep Grand Wagoneer
      VIN: 1C4SJVGJ2NS110576

Dear Sir/Madam:

Please be advised that this law firm represents the legal interests of Nigel Beckles relating to the purchase of the above-mentioned vehicle. Let this letter serve as notification that you immediately cease and desist all communications with our client. **The only exception is the dealership may communicate with our client in reference to current and future repairs. The dealer must also provide all necessary documentation for our client including but not limited to repair orders, sales documents and current registration.** Moreover, if you make any attempts to settle with our client without including all statutory relief, including all damages attorney fees and costs the consumer is entitled to, we may file suit against you. This letter hereby notifies you of our attorney's lien with respect to our client.

Please let this letter also serve as notification that our client's vehicle is defective. The vehicle has been brought in for repairs several times for numerous defects and although you have been afforded sufficient opportunities for repairs, the defects continue to exist and substantially impair the use and value and/or safety of the vehicle. If you are interested in any further repairs pursuant to the Lemon Law you must contact me immediately. Our client demands that you immediately take action as required by law.

This letter shall also serve as our client's Revocation of Acceptance pursuant to the Uniform Commercial Code § 2608 and notice of defect under the Lemon Law. Due to the serious defects with the Vehicle since its purchase, our client hereby demands a return of the full purchase price along with all interest paid on the finance note or a replacement vehicle as well as attorney fees and costs and incidental and consequential damages within 10 days of receipt of this letter to settle this matter prior to filing a lawsuit.

Please be advised that if you do not adhere to our demands within 10 days, our client has instructed me to file a lawsuit against you asserting claims that include, but in no way are limited to, breach of warranties, both express and implied, violation of the Magnuson Moss Warranty Act, violation of the Lemon Law, revocation of acceptance, and common law breach of contract. Please direct all future communication to my attention.

Respectfully submitted,

LEMON LAW GROUP PARTNERS PLC
By: s/n Jay Chamberlin
Of Counsel Attorney for Plaintiff

CC: Barbera's Autoland Chrysler Dodge Jeep Ram, 7810 Roosevelt Blvd., Philadelphia, PA 19152